UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEPHTY CRUZ ET AL | Index #: 07 CIV 6391 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| PINNACLE MANAGING CO., LLC ET AL | |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 26, 2007 at 02:45 PM at

ONE PENN PLAZA SUITE 4000
NEW YORK, NY10119

deponent served the within true copy of the SUMMONS & COMPLAINT on REALTY CORP., LLC A/K/A 3647 REALTY CO., LLC A/K/A 3567 REALTY CO., LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY** by delivering thereat a true copy of each to MR. JOHN SMITH, REFUSED TRUE NAME personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 30 | 6'0 | 180 |

July 26, 2007 at 02:45 PM John Smith, true name unknown said name fictitious, said name intended being the managing (or general) agent of defendant REALTY CORP., LLC A/K/A 3647 REALTY CO., LLC A/K/A 3567 REALTY CO., LLC described as above and refusing to give name at time of service.

Sworn to me on:  July 27, 2007

| | | | |
|---|---|---|---|
| Linda Forman | Robin M. Forman | Larry Yee | **BYRAN E. MCELDERRY** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 869802 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 492509 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |

NEPHTY CRUZ ET AL

Plaintiff(s)

- against -

PINNACLE MANAGING CO., LLC ET AL

Defendant(s)

Index #: 07 CIV 6391

Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 26, 2007 at 02:45 PM at

ONE PENN PLAZA SUITE 4000
NEW YORK, NY10119

deponent served the within true copy of the SUMMONS & COMPLAINT on REALTY CORP., LLC A/K/A 3647 REALTY CO., LLC A/K/A 3567 REALTY CO., LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY** by delivering thereat a true copy of each to MR. JOHN SMITH, REFUSED TRUE NAME personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS & COMPLAINT as said  defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| MALE | BLACK | BLACK | 30 | 6'0 | 180 |

July 26, 2007 at 02:45 PM John Smith, true name unknown said name fictitious, said name intended being the managing (or general) agent of defendant REALTY CORP., LLC A/K/A 3647 REALTY CO., LLC A/K/A 3567 REALTY CO., LLC described as above and refusing to give name at time of service.

Sworn to me on:  July 27, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 492509