

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 20 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

NEPHTY CRUZ and MICHAEL BALLETTO, as
TRUSTEES OF THE DISTRICT 6 INTERNATIONAL
UNION OF INDUSTRIAL, SERVICE, TRANSPORT
AND HEALTH EMPLOYEES HEALTH AND
PENSION PLANS, TRUSTEES OF THE DISTRICT 6
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH EMPLOYEES
PENSION PLAN,

                            Plaintiffs,

- against -

PINNACLE MANAGING CO., LLC; REALTY CORP.,
LLC, a/k/a 3647 REALTY COL, LLC a/k/a 3657
REALTY COL, LLC; and WIENER REALTY, LLC,

                            Defendants.
----------------------------------------------------------X

Index No.: 6391/07 (GBD)

**STIPULATION AND ORDER**

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for Defendants to move, answer, or otherwise plead with respect to the Complaint in the above-captioned action shall be and is hereby extended through and including October 15, 2007 on the condition that Defendants shall permit Plaintiffs to

1

conduct an audit of Defendants' books and records on or before October 15, 2007, or as soon thereafter as the parties' and/or their auditors' schedules permit.

Dated:  New York, New York
        September __, 2007

By: _____
    Charles R. Virginia (CV 8214)
    Barnes, Iaccarino, Virginia,
    Ambinder & Shepherd PLLC
    111 Broadway, 14th Floor
    New York, New York 10006
    Tel. No.: (212) 943-9080
    Attorneys for Plaintiffs

By: _____
    Krishna J. Shah, Esq.
    Jaffe & Asher LLP
    600 3rd Avenue, 9th Floor
    New York, New York 10016
    Tel No.: (212) 687-3000
    Attorneys for Defendants

SO ORDERED: SEP 19 2007

_____
                    U.S.D.J.
HON. GEORGE B. DANIELS