UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NEPHTY CRUZ and MICHAEL BALLETTO, as
TRUSTEES OF THE DISTRICT 6 INTERNATIONAL
UNION OF INDUSTRIAL, SERVICE, TRANSPORT
AND HEALTH EMPLOYEES HEALTH AND
PENSION PLANS, TRUSTEES OF THE DISTRICT 6
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH EMPLOYEES
PENSION PLAN,

                        Plaintiffs,

- against -

PINNACLE MANAGING CO., LLC; REALTY CORP.,
LLC, a/k/a 3647 REALTY CO., LLC a/k/a 3657
REALTY CO., LLC; and WIENER REALTY, LLC,

                        Defendants.
------------------------------------------------------------------------X

Index No.: 6391/07 (GBD)

**DEFENDANTS'**
**RULE 7.1 STATEMENT**

M A D A M S / S I R S :

    Pursuant to Fed. R. Civ. P. 7.1(a), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Pinnacle Managing Co., LLC, Realty Corp., LLC, 3647 Realty Co., LLC; and Wiener Realty, LLC (all private non-governmental parties) certifies that no defendant is publicly held and that no defendant has any corporate parents, affiliates or subsidiaries that are publicly held.

Dated: New York, New York
       October 15, 2007

JAFFE & ASHER LLP

By: _____
Ira N. Glauber (ING-8383)
600 Third Avenue, Ninth Floor
New York, New York 10016
(212) 687-3000
Attorneys for Defendants
Pinnacle Managing Co., LLC,
Realty Corp., LLC a/k/a
3647 Realty Co., LLC a/k/a
3657 Realty Co., LLC, and
Wiener Realty, LLC