UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NEPHTY CRUZ and MICHAEL BALLETTO, as
TRUSTEES OF THE DISTRICT 6 INTERNATIONAL
UNION OF INDUSTRIAL, SERVICE, TRANSPORT
AND HEALTH EMPLOYEES HEALTH AND
PENSION PLANS, TRUSTEES OF THE DISTRICT 6
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH EMPLOYEES
PENSION PLAN,

Index No.: 6391/07 (GBD)

**AFFIDAVIT OF SERVICE**

       Plaintiffs,

 - against -

PINNACLE MANAGING CO., LLC; REALTY CORP.,
LLC, a/k/a 3647 REALTY CO., LLC a/k/a 3657
REALTY CO., LLC; and WIENER REALTY, LLC,

       Defendants.
------------------------------------------------------------------------X
STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

 I, Carmen Jeanty, being sworn, say: I am not a party to the action, am over 18 years of age and reside in Flushing, New York

 That on the 15th day of October 2007, I served the within **DEFENDANT'S RULE 7.1 STATEMENT** upon:

       Kellie Walker, Esq.
     Barnes, Iaccarino, Virginia, Ambinder
       & Shepherd, PLLC
      111 Broadway, Suite 1403
      New York, New York 10006

in this action, at the address designated by said party for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, into the care and custody of the United States Post Office within the State of New York.

                 _____
                 Carmen Jeanty

Sworn to before me this
15th day of October, 2007

_____
NOTARY PUBLIC

SUSAN E. FIORETTI
Notary Public, State of New York
No. 01FL4923004
Qualified in Queens County
Commission Expires March 14, 20 _10_