UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Nephty Cruz as Trustees of The District 6
International Union of Industrial, Service, Transport
and Health Employees Health and Penison Plans
Michael Balletto as Trustees of The District 6
International Union of Industrial, Service, Transport
and Health Employees Health and Penison Plans
Trustees of The District 6 International Union of
Industrial, Service, Transport and Health Employees
Health and Penison Plans,
                            Plaintiff,              07cv6391(GBD)
        -against-                                   CIVIL CASE MANAGEMENT
                                                    PLAN AND SCHEDULING ORDER
Pinnacle Managing Co., LLC.Realty Corp., LLC also
known as 3647 Realty Co., LLC also known as
3657 Realty Co., LLC  Wiener Realty, LLC,
                            Defendant,
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 8 2007

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. No additional parties may be joined after January 9, 2008.

2. No amendment to the pleadings will be permitted after January 9, 2008.

3. Except for good cause shown, all discovery shall be commenced in time to be completed by April 2, 2008. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to completed discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. Dispositive motions are to served by April 16, 2008. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A final pretrial conference will be held on June 4, 2008 at 9:30 a.m..

6. The Joint Pretrial Order shall be filed no later than May 7, 2008. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. All motions and applications shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be ready for trial on 48 hours notice on or after July 10, 2008. The estimated trial time is _____ days, and this is a (jury) (non-jury) trial.

9. The Next Case Management Conference will be held on March 5, 2008 at 9:30 a.m.

Dated: August 6, 2007
New York, New York

SO ORDERED: OCT 1 8 2007

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

HON. GEORGE B. DANIELS

Attorney for Plaintiff

Attorney for Defendant

-2-