USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: NOV 0 5 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEPHTY CRUZ and MICHAEL BALLETTO, as TRUSTEES OF THE DISTRICT 6 INTERNATIONAL UNION OF INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH EMPLOYEES HEALTH AND PENSION PLANS, TRUSTEES OF THE DISTRICT 6 INTERNATIONAL UNION OF INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH EMPLOYEES PENSION PLAN,

          Plaintiffs,

-against-

PINNACLE MANAGING CO., LLC; REALTY CORP., LLC, a/k/a 3647 REALTY CO., LLC a/k/a 3657 REALTY CO., LLC; and WIENER REALTY, LLC,

          Defendants.

---

07 Civ. 6391 (GBD)

STIPULATION EXTENDING PLAINTIFFS' TIME TO REPLY TO COUNTERCLAIM

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the time for Plaintiffs to reply and/or move to dismiss to the Defendants' Counterclaim in the above-captioned action shall be and is hereby extended from November 5, 2007 through and including December 7, 2007. This extension will provide sufficient time for Plaintiffs to conduct and complete an audit of Defendants' books and records and issue audit findings thereupon and explore resolution of this matter.

**IT IS FURTHER STIPULATED AND AGREED** that a facsimile copy of this signed Stipulation may be treated as an original, signed Stipulation.

Dated: New York, New York
October 3/, 2007

By: _____
Charles R. Virginia (CV 8214)
Barnes, Iaccarino, Virginia,
 Ambinder & Shepherd PLLC
111 Broadway, 14th Floor
New York, New York 10006
Tel. No.: (212) 943-9080
*Attorneys for Plaintiffs*

Dated: New York, New York
October 3/, 2007

By: _____
Ira Glauber, Esq. ( 9353 )
Jaffe & Asher LLP
600 Third Avenue
New York, New York 10016
Tel No.: (646) 313-2539
*Attorneys for Defendants*

**DATED:**

_____

**SO ORDERED:** NOV 0 5 2007

_____
U.S.D.J.
HON. GEORGE B. DANIELS

2