USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 3 0 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEPHTY CRUZ and MICHAEL BALLETTO, as TRUSTEES OF THE DISTRICT 6 INTERNATIONAL UNION OF INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH EMPLOYEES HEALTH AND PENSION PLANS, TRUSTEES OF THE DISTRICT 6 INTERNATIONAL UNION OF INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH EMPLOYEES PENSION PLAN,<br><br>Plaintiffs,<br><br>-against-<br><br>PINNACLE MANAGING CO., LLC; REALTY CORP., LLC, a/k/a 3647 REALTY CO., LLC a/k/a 3657 REALTY CO., LLC; and WIENER REALTY, LLC,<br><br>Defendants. | 07 Civ. 6391 (GBD)<br><br>**STIPULATION EXTENDING PLAINTIFFS' TIME TO REPLY TO COUNTERCLAIM** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the time for Plaintiffs to reply and/or move to dismiss to the Defendants' Counterclaim in the above-captioned action shall be and is hereby extended from December 7, 2007 through and including January 7, 2008. This extension will provide sufficient time for Plaintiffs to conduct and complete an audit of Defendants' books and records and issue audit findings thereupon and explore resolution of this matter.

**IT IS FURTHER STIPULATED AND AGREED** that a facsimile copy of this signed Stipulation may be treated as an original, signed Stipulation.

Dated: New York, New York  
November 29, 2007

By: _____  
Charles R. Virginia (CV 8214)  
Barnes, Iacarrino, Virginia,  
 Ambinder & Shepherd PLLC  
111 Broadway, 14th Floor  
New York, New York 10006  
Tel. No.: (212) 943-9080  
*Attorneys for Plaintiffs*

Dated: New York, New York  
November 29, 2007

By: s/ Ira Glauber  
Ira Glauber, Esq. (8383 )  
Jaffe & Asher LLP  
600 Third Avenue  
New York, New York 10016  
Tel No.: (646) 313-2539  
*Attorneys for Defendants*

**DATED:**

NOV 3 0 2007

_____

**SO ORDERED:**

George B. Daniels  
_____  
U.S.D.J.

U:\Wisword Documents\District 6 Benefit Funds\Collections\Pinnacle Realty Corp and Wiener Joint Action\Nov 29, 2007 Stip extdg Phfs time to reply to counterclaim- move to dismiss.doc