

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEPHTY CRUZ and MICHAEL BALLETTO, as TRUSTEES OF THE DISTRICT 6 INTERNATIONAL UNION OF INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH EMPLOYEES HEALTH AND PENSION PLANS, TRUSTEES OF THE DISTRICT 6 INTERNATIONAL UNION OF INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH EMPLOYEES PENSION PLAN,<br><br>Plaintiffs,<br><br>-against-<br><br>PINNACLE MANAGING CO., LLC; REALTY CORP., LLC, a/k/a 3647 REALTY CO., LLC a/k/a 3657 REALTY CO., LLC; and WIENER REALTY, LLC,<br><br>Defendants. | 07 Civ. 6391 (GBD)<br><br>STIPULATION EXTENDING PLAINTIFFS' TIME TO REPLY TO COUNTERCLAIM |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the time for Plaintiffs to reply and/or move to dismiss to the Defendants' Counterclaim in the above-captioned action shall be and is hereby extended from January 7, 2008 through and including February 7, 2008. This extension will provide sufficient time for Plaintiffs to conduct and complete an audit of Defendants' books and records and issue audit findings thereupon and explore resolution of this matter.

**IT IS FURTHER STIPULATED AND AGREED** that a facsimile copy of this signed Stipulation may be treated as an original, signed Stipulation.

Dated: New York, New York
January 7 2008

By: _____
Charles R. Virginia (CV 8214)
Barnes, Iaccarino, Virginia,
   Ambinder & Shepherd PLLC
111 Broadway, 14th Floor
New York, New York 10006
Tel. No.: (212) 943-9080
*Attorneys for Plaintiffs*

DATED: _____

Dated: New York, New York
January 7, 2008

By: _____
Ira Glauber, Esq.  (       )
Jaffe & Asher LLP
600 Third Avenue
New York, New York 10016
Tel No.: (646) 313-2539
*Attorneys for Defendants*

SO ORDERED: JAN 0 8 2008

_____
                                         U.S.D.J.
HON. GEOR...

U:\Winword\Documents\District 6 Benefit Funds\Collections\Pizzeria Realty Corp and Winner Joint Actions\January 3 2007 Stip msldg Pltfs time to reply to counterclaim- move to dismiss.doc

2