UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEPHTY CRUZ and MICHAEL BALLETTO, as
TRUSTEES OF THE DISTRICT 6 INTERNATIONAL
UNION OF INDUSTRIAL, SERVICE, TRANSPORT
AND HEALTH EMPLOYEES HEALTH AND
PENSION PLANS, TRUSTEES OF THE DISTRICT 6
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH EMPLOYEES
PENSION PLAN,

                               Plaintiffs,

                -against-

PINNACLE MANAGING CO., LLC; REALTY CORP.,
LLC, a/k/a 3647 REALTY CO., LLC a/k/a 3657
REALTY CO., LLC; and WIENER REALTY, LLC,

                            Defendants.

07 Civ. 6391 (GBD)

**STIPULATION EXTENDING
PLAINTIFFS' TIME TO
REPLY TO COUNTERCLAIM**

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

the time for Plaintiffs to reply and/or move to dismiss to the Defendants' Counterclaim in the

above-captioned action shall be and is hereby extended from February 7, 2008 through and

including March 31, 2008. This extension will provide sufficient time for Plaintiffs to conduct

and complete an audit of Defendants' books and records and issue audit findings thereupon and

explore resolution of this matter.

**IT IS FURTHER STIPULATED AND AGREED** that a facsimile copy of this signed

Stipulation may be treated as an original, signed Stipulation.

Dated: New York, New York          Dated: New York, New York
   February 12, 2008             February 12, 2008

By:              By:         
   Charles R. Virginia (CV 8214)     Ira Glauber, Esq. (  )
   Barnes, Iaccarino, Virginia,      Jaffe & Asher LLP
    Ambinder & Shepherd PLLC    600 Third Avenue
   111 Broadway, 14th Floor     New York, New York 10016
   New York, New York 10006    Tel No.: (646) 313-2539
   Tel. No.: (212) 943-9080     *Attorneys for Defendants*
   *Attorneys for Plaintiffs*

**DATED:**           **SO ORDERED**:

   FEB 14 2008

                U.S.D.J.

            JUDGE GEORGE B. DANIELS

2