# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

ROY BARNES
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:

MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
NICOLE E. COHEN*
DANA L. HENKE^
STEVEN KERN^^
SAMER E. KHALAF**+
LADONNA M. LUSHER
HEIDI MAHER
GILLIAN MCGOEY^^
JAMES E. MURPHY
KELLIE TERESE WALKER
JUDY S. WONG

TRINITY CENTRE
111 BROADWAY
SUITE 1403
NEW YORK, NEW YORK 10006
TEL (212) 943-9080
FAX (212) 943-9082

*(Please refer all correspondence to the New York address)*

258 Saw Mill River Road
Elmsford, New York 10523
Tel (914) 592-5740
Fax (914) 592-3213

3 Surrey Lane
Hempstead, N.Y. 11550
Tel (516) 483-2990
Fax (516) 483-0566

Mountain Avenue
North Plainfield, N.J. 07060
Tel (908) 757-2067
Fax (908) 753-2238

* Also Admitted in MA
** Also Admitted in NJ
*** Also Admitted in OH
^ Also Admitted in DC
^^ Also Admitted in CT
+ Also Admitted in MD



USDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: MAR 0 4 2008

March 3, 2008

*Via First Class Mail and Facsimile*
*Facsimile No.: (212) 805-6737*

Hon. George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

**SO ORDERED**

The conference is adjourned to April 22, 2008 at 9:30 a.m.

/s/ George B. Daniels
**HON. GEORGE B. DANIELS**

MAR 0 4 2008

    Re:   *Cruz, et al. v. Pinnacle Managing Co., LLC, et al.*
            Dkt. No. 07 Civ. 6391 (GBD)

Dear Judge Daniels:

    We represent Plaintiffs in the above-referenced matter. As of March 3, 2008, Plaintiffs' audit of the Defendants' books and records is pending. Accordingly, Plaintiffs respectfully request an adjournment of the March 5, 2008 court conference to April 21, 2008 to provide time for the completion of the audit and thereupon, submission of Defendants' audit rebuttal, if any, plus additional time to explore resolution of the matter. Defendants consent to this request for adjournment.

                                     Respectfully submitted,
                                     /s/
                                   Charles R. Virginia, Esq.

CRV.dc
cc:    For Defendant:
        Ira Glauber, Esq. (via facsimile transmission)

U:\Winword Documents\District 6 Benefit Funds\Collections\Pinnacle Realty Corp and Wiener Joint Action\March 3, 2008 Letter to Court.doc