# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
### ATTORNEYS AT LAW

ROY BARNES
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL·

MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
NICOLE E. COHEN*
DANA L. HENKE^
STEVEN KERN^^
SAMER E. KHALAF**+
LADONNA M. LUSHER
HEIDI MAHER
GILLIAN MCGOEY^^
JAMES E. MURPHY
KELLIE TERESE WALKER
JUDY S. WONG

TRINITY CENTRE
111 BROADWAY
SUITE 1403
NEW YORK, NEW YORK 10006
TEL (212) 943-9080
FAX (212) 943-9082

*(Please refer all correspondence to the New York address)*

258 Saw Mill River Road
Elmsford, New York 10523
Tel (914) 592-5740
Fax (914) 592-3213

3 Surrey Lane
Hempstead, N.Y. 11550
Tel (516) 483-2990
Fax (516) 483-0466

5 Mountain Avenue
North Plainfield, N.J. 07060
Tel (908) 757-2067
Fax (908) 753-2238

* Also Admitted in MA
** Also Admitted in NJ
*** Also Admitted in OH
^ Also Admitted in DC
^^ Also Admitted in CT
+ Also Admitted in MD

March 12, 2008

**SO ORDERED**

*Via First Class Mail and Facsimile*
*Facsimile No.: (212) 805-6737*

Hon. George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

*/s/ George B. Daniels*
**HON. GEORGE B. DANIELS**

MAR 1 4 2008

Re:   *Cruz, et al. v. Pinnacle Managing Co., LLC, et al.*
      Dkt. No. 07 Civ. 6391 (GBD)

Dear Judge Daniels:

We represent Plaintiffs in the above-referenced matter. Plaintiffs' audit of the Defendants' books and records has been completed and the preliminary audit findings have been sent to opposing counsel for review by the Defendants. Presently, Defendants are within the time period in which to submit a written rebuttal on the preliminary audit findings. Should Defendants rebut the preliminary audit findings, Plaintiffs' auditors must review the rebuttal. Thereupon, a finalized audit report will be sent to Defendants. Accordingly, Plaintiffs' respectfully request a 60-day extension of the discovery period from April 2, 2008 to June 2, 2008 to provide time for the completion of the rebuttal period and Plaintiffs' final audit. The extension will also permit the parties to confer in good faith to resolve this matter. Defendants consent to this request for adjournment.

Hon. George B. Daniels, U.S.D.J.     2     March 12, 2008

Thank you for your consideration of the parties' request.

Respectfully submitted,

/s/

Kellie Terese Walker

KTW:aa

cc:    <u>For Defendant</u>:
Ira Glauber, Esq. (via facsimile transmission)

U:\Winword Documents\District 6 Benefit Funds\Collections\Pinnacle Realty Corp and Wiener Joint Action\March 12, 2008 Letter to Court.doc

Mar 12 2008 4:08PM  HP LASERJET FAX                                                                p.3
Case 1:07-cv-06391-GBD   Document 18   Filed 03/14/2008   Page 2 of 2

Hon. George B. Daniels, U.S.D.J.   2   March 12, 2008