# JAFFE & ASHER LLP

ATTORNEYS AT LAW

PLEASE REPLY TO NEW YORK OFFICE

600 THIRD AVENUE
NEW YORK, NY 10016-1901
(212) 687-3000
(212) 687-9639 (FAX)

ESTABLISHED 1974

NEW JERSEY OFFICE

1107 GOFFLE ROAD
HAWTHORNE NJ 07507-0508
(973) 423-3998
(973) 423-6174 (FAX)

April 9, 2008

**SO ORDERED**

The conference is adjourned to
July 15, 2008 at 9:30 a.m.

APR 1 1 2008

**HON. GEORGE B. DANIELS**

**VIA HAND DELIVERY**

Hon. George B. Daniels
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

Re:    Nephty Cruz et. al v. Pinnacle Managing Co., LLC, et. al; 07-cv-6391

Dear Judge Daniels:

We represent the defendants in the above matter. We write this letter to request an extension of defendants' time from April 14, 2008 to May 5, 2008, to serve and file opposition papers to plaintiffs' Motion to Dismiss the First Counterclaim and Strike the Second Affirmative Defense.

We also write to request an extension of the deadline for service of dispositive motions from April 18, 2008 to June 30, 2008, and an adjournment of the final pretrial conference, currently scheduled for June 4, 2008, to July 2, 2008. We believe that these dates better conform to the recent extension of the discovery deadline from April 2, 2008 to June 2, 2008.

Plaintiffs' counsel, Marc Tenenbaum, has agreed to each of the extensions requested above.

Respectfully submitted,

Ira N. Glauber, Esq.

ING:drs
cc:    Marc A. Tenenbaum, Esq. (by fax)