**JAFFE & ASHER** LLP

ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAY 05 2008

PLEASE REPLY TO NEW YORK OFFICE

600 THIRD AVENUE
NEW YORK, NY 10016-1901
(212) 687-3000
(212) 687-9639 (FAX)

ESTABLISHED 1974

NEW JERSEY OFFICE

1107 GOFFLE ROAD
HAWTHORNE, NJ 07507-0508
(973) 423-3998
(973) 423-6174 (FAX)

April 30, 2008

**SO ORDERED**

*/s/ George B. Daniels*

GEORGE B. DANIELS

MAY 02 2008

**VIA HAND DELIVERY**

Hon. George B. Daniels
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

Re:   Nephty Cruz et. al v. Pinnacle Managing Co., LLC, et. al; 07-cv-6391

Dear Judge Daniels:

We represent the defendants in the above matter. We write this letter to request a two-week extension of defendants' time from May 5, 2008 to May 19, 2008, to serve and file opposition papers to plaintiffs' Motion to Dismiss the First Counterclaim and Strike the Second Affirmative Defense.

The parties to this litigation have scheduled a settlement conference for Friday, May 2, and hope to be able to resolve this matter without resorting to further motion practice.

Plaintiffs' counsel, Marc Tenenbaum, has agreed to this extension requested above.

Respectfully submitted,

David R. Shyer, Esq.

DRS:ds
cc:   Marc A. Tenenbaum, Esq. (by fax)