UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
NEPHTY CRUZ, *et al.*,                    :

        Plaintiffs,                    :    No. 07 Civ. 6391 (GBD)

    -against-                    :    **NOTICE OF APPEARANCE**

PINNACLE MANAGING CO., LLC, *et al.*,    :

        Defendants.                    :
------------------------------------ X

PLEASE TAKE NOTICE that Joel E. Cohen, Esq. and Katherine D. Kale, Esq., a member and associate, respectively, of the law firm of McDermott Will & Emery LLP, hereby appear as counsel of record in this matter on behalf of Pinnacle Managing Co., LLC, Realty Corp., LLC a/k/a/ 3647 Realty Co., LLC a/k/a/ 3657 Realty Co., LLL and Wiener Realty, LLC (collectively "Defendants"), in place and stead of Jaffe & Asher LLP. Please include Mr. Cohen and Ms. Kale on all service lists and ECF distribution.

Dated: New York, New York
     May 29, 2008

                    McDERMOTT WILL & EMERY LLP

                By: _____
                    Joel E. Cohen (JC 5312)
                    Katherine D. Kale (KK 7586)
                    340 Madison Avenue
                    New York, New York 10173
                    (212) 547-5400

                    Attorneys for Defendants