UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
NEPHTY CRUZ, et al.,

        Plaintiffs,

   -against-

PINNACLE MANAGING CO., LLC, et al.,

        Defendants.
------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 03 2008

No. 07 Civ. 6391 (GBD)

**ORDER ALLOWING**
**SUBSTITUTION OF COUNSEL**

    Pursuant to Local Civil Rule 1.4, the law firm of McDermott Will & Emery LLP shall be, and hereby is, substituted as counsel for defendants Pinnacle Managing Co., LLC, Realty Corp., LLC a/k/a/ 3647 Realty Co., LLC a/k/a/ 3657 Realty Co., LLL and Wiener Realty, LLC (collectively "Defendants"), in place and stead of Jaffe & Asher LLP. This substitution is at the request of Defendants and neither the rights of the client nor any party hereto shall be prejudiced.

Dated: May 28, 2008
       New York, New York

Superseding Attorney

McDERMOTT WILL & EMERY LLP

_____
Joel E. Cohen (JC 5312)
Katherine D. Kale (KK 7586)
340 Madison Avenue
New York, New York 10173
(212) 547-5400

Withdrawing Attorney

JAFFE & ASHER LLP

_____
Ira N. Glauber
600 Third Avenue
New York, New York 10016
(212) 687-3000

So Ordered:  JUN 03 2008

_____
Hon. George B. Daniels, U.S.D.J.

HON. GEORGE B. DANIELS