UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
NEPHTY CRUZ, et al.,

           Plaintiffs,

    -against-

PINNACLE MANAGING CO., LLC, et al.,

           Defendants.
------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 03 2008

No. 07 Civ. 6391 (GBD)

**ORDER ALLOWING**
**SUBSTITUTION OF COUNSEL**

    Pursuant to Local Civil Rule 1.4, the law firm of McDermott Will & Emery LLP shall be, and hereby is, substituted as counsel for defendants Pinnacle Managing Co., LLC, Realty Corp., LLC a/k/a/ 3647 Realty Co., LLC a/k/a/ 3657 Realty Co., LLL and Wiener Realty, LLC (collectively "Defendants"), in place and stead of Jaffe & Asher LLP. This substitution is at the request of Defendants and neither the rights of the client nor any party hereto shall be prejudiced.

Dated: May 28, 2008
       New York, New York

| Superseding Attorney | Withdrawing Attorney |
|---|---|
| McDERMOTT WILL & EMERY LLP | JAFFE & ASHER LLP |
| _[signature]_ | _[signature]_ |
| Joel E. Cohen (JC 5312) | Ira N. Glauber |
| Katherine D. Kale (KK 7586) | 600 Third Avenue |
| 340 Madison Avenue | New York, New York 10016 |
| New York, New York 10173 | (212) 687-3000 |
| (212) 547-5400 | |

So Ordered:  JUN 0 3 2008

_[signature]_
Hon. George B. Daniels, U.S.D.J.

HON. GEORGE B. DANIELS