UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
NEPHTY CRUZ, et al.,                  :
           Plaintiffs,            :   No. 07 Civ. 6391 (GBD)

     -against-                     :   **STIPULATION**

PINNACLE MANAGING CO., LLC, et al.,   :
           Defendants.            :
------------------------------------- X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for the parties to amend the pleadings is hereby extended to June 6, 2008. Alternatively, the time for defendants to submit their opposition to plaintiffs' Motion to Dismiss Counterclaim and to Strike Affirmative Defense of Setoff is hereby extended to June 12, 2008.

    IT IS FURTHER STIPULATED AND AGREED that a facsimile copy of this signed Stipulation may be treated as an original.

Dated: New York, New York
       May 30, 2008

_____
Joel E. Cohen (JC 5312)
Katherine D. Kale (KK 7586)
340 Madison Avenue
McDermott Will & Emery LLP
New York, New York 10173
(212) 547-5400

_____
Charles R. Virginia (CV 8214)
Marc A. Tenenbaum (MT 3426)
Barnes, Iaccarino, Virginia, Ambinder & Shepherd PLLC
111 Broadway, Suite 1403
(212) 943-9080

So Ordered:   JUN 0 3 2008

_____
Hon. George B. Daniels, U.S.D.J.