# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

ROY BARNES
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

111 BROADWAY
14TH FLOOR
NEW YORK, NEW YORK 10006
(212) 943-9080
FAX (212) 943-9082

258 Saw Mill River Road
Elmsford, N.Y. 10523
Tel (914) 592-5740
Fax (914) 592-3213

OF COUNSEL:

MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

*(Please refer all correspondence to the New York address)*

E-mail: Mtenenbaum@bivas.net

3 Surrey Lane
Hempstead, N.Y. 11550
Tel (516) 483-2990
Fax (516) 483-0566

65 Route 34
Suite 204A
Colts Neck, N.J. 07722
Tel (732) 837-2797
Fax (732) 431-4167

KARIN ARROSPIDE
DANIELLE M. CARNEY
MICHAEL DESANTIS*
DANA L. HENKE^
DEVIN KARAS**
STEVEN KERN^^
SAMER E. KHALAF**+
LADONNA M. LUSHER
HEIDI MAHER
GILLIAN MCGOEY^^
JAMES E. MURPHY
EMILY ROSCIA
KELLIE TERESE WALKER
JUDY S. WONG

*Only Admitted in NJ
**Also Admitted in NJ
***Also Admitted in OH
^Also Admitted in DC
^^Also Admitted in CT
+ Also Admitted in MD

July 10, 2008

**SO ORDERED**
The conference is adjourned to August 13, 2008 at 9:30 a.m.

/s/ George B. Daniels
**HON. GEORGE B. DANIELS**

JUL 14 2008

**By UPS Overnight**

Honorable George B. Daniels
United States District Court
500 Pearl Street
Room 755
New York, New York 10007

Re:   *Board of Trustees of District 6 Health Plan v. Pinnacle Managing Co., LLC,*
      No. 07 cv 6391 (GBD)

Dear Judge Daniels:

  This firm represents the plaintiffs in the above-referenced case. I write to request that the deadline for plaintiffs to file an answer or other response to defendants' counterclaim, which is currently July 14, 2008, be extended until and including July 28, 2008. There have been no previous requests to extend this deadline. Defendants consent to this request.

Honorable George B. Daniels
July 10, 2008
Page 2

    In addition, in light of the foregoing request, all parties jointly request that the status conference currently scheduled for July 15, 2008, be adjourned until after July 28, 2008.

                                                     Respectfully submitted,

                                                     Marc A. Tenenbaum

cc:    Joel E. Cohen, Esq. (by UPS Overnight)