UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARD OF TRUSTEES OF THE DISTRICT 6 HEALTH PLAN,<br><br>Plaintiffs,<br><br>-against-<br><br>PINNACLE MANAGING CO., LLC, *et al.*,<br><br>Defendants. | 07 Civ. 6391 (GBD)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that Plaintiffs Board of Trustees of the District 6 Health Plan, by their undersigned counsel, will move this Court, before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, at a date and time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Rules 9(b) and 12(b)(6) and (f) of the Federal Rules of Civil Procedure dismissing the First and Second Counterclaims and striking the First and Second Affirmative Defenses. The grounds for this motion, as more fully set forth in the accompanying memorandum of law, are that the First and Second Counterclaims fail to state claims upon which relief can be granted, and the First and Second Affirmative Defenses are insufficient as a matter of law.

PLEASE TAKE FURTHER NOTICE that any response by Defendants to this motion must be filed with the Court and served upon the undersigned on or before August 14, 2008, and that any reply by Plaintiffs is due on August 25, 2008.

Dated: New York, New York  Respectfully submitted,
      August 4, 2008

                                     BARNES, IACCARINO, VIRGINIA,
                                     AMBINDER & SHEPHERD, PLLC

                                     By:_____/s/_____
                                          Charles R. Virginia (CV 8214)
                                          Marc A. Tenenbaum (MT 3426)
                                     Trinity Centre
                                     111 Broadway, Suite 1403
                                     New York, New York 10006
                                     (212) 943-9080

                                     Attorneys for Plaintiffs


TO:    Joel E. Cohen, Esq.
          Katherine D. Kale, Esq.
          McDermott Will & Emery LLP
          340 Madison Avenue
          New York, New York 10173

          Attorneys for Defendants