

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 3 2008

McDermott Will & Emery

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

Joel E. Cohen
Attorney at Law
jcohen@mwe.com
212 547 5566

August 7, 2008

SO ORDERED

George B. Daniels
HON. GEORGE B. DANIELS
AUG 1 3 2008

**VIA FAX**

The Honorable Judge George B. Daniels
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Board of Trustees of the Dist. 6 Health Plan v. Pinnacle Managing Co., LLC *et al*
Index No. 07-Civ-6391

Dear Judge Daniels:

This firm represents defendants Pinnacle Managing Co., LLC, Realty Corp., LLC a/k/a 3647 Realty Co., LLC a/k/a 3657 Realty Co., LLC and Wiener Realty, LLC ("Defendants") in the above-referenced matter. On August 4, 2008, Plaintiff filed a motion to dismiss Defendants' counterclaims and to strike two of Defendants' affirmative defenses. With respect to the briefing schedule regarding these motions to dismiss and to strike, Defendants respectfully request an extension until August 22, 2008 to submit their opposition to Plaintiff's motions. In turn, Defendants consent to Plaintiff having until September 5, 2008 to submit reply papers. This is Defendants' first request for such an extension of time to oppose the motions. Counsel for Plaintiff and Defendants have jointly agreed to this briefing schedule.

Respectfully submitted,

Joel E. Cohen

cc: Marc Tenanbaum, Esq. (*via email*)
Charles Virginia, Esq. (*via email*)

NYK 1171175-1 054475 0022