USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
### ATTORNEYS AT LAW

ROY BARNES
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:

MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

DANIELLE M. CARNEY
MICHAEL DESANTIS*
DANA L. HENKE^
DEVIN KARAS**
STEVEN KERN^^
SAMER E KHALAF**+
LADONNA M. LUSHER
HEIDI MAHER
GILLIAN MCGOEY^^
JAMES E. MURPHY
EMILY ROSCIA
KELLIE TERESE WALKER
JUDY S. WONG

111 BROADWAY
14TH FLOOR
NEW YORK, NEW YORK 10006
(212) 943-9080
FAX (212) 943-9082

*(Please refer all correspondence to the New York address)*

E-mail: Mtenenbaum@bivas.net

258 Saw Mill River Road
Elmsford, N.Y. 10523
Tel (914) 592-5740
Fax (914) 592-3213

3 Surrey Lane
Hempstead, N.Y. 11550
Tel (516) 483-2990
Fax (516) 483-0566

65 Route 34
Suite 204A
Colts Neck, N.J. 07722
Tel (732) 837-2797
Fax (732) 431-4167

*Only Admitted in NJ
**Also Admitted in NJ
***Also Admitted in OH
^Also Admitted in DC
^^Also Admitted in CT
+Also Admitted in MD

**SO ORDERED**

*/s/ George B. Daniels*

**HON. GEORGE B. DANIELS**

SEP 0 5 2008

September 3, 2008

**By Fax (212) 805-6737**

Honorable George B. Daniels
United States District Court
500 Pearl Street, Room 755
New York, New York 10007

Re: *Board of Trustees of District 6 Health Plan v. Pinnacle Managing Co., LLC*, No. 07 cv 6391 (GBD)

Dear Judge Daniels:

This firm represents the plaintiffs in the above-referenced case. I write to request that the deadline for plaintiffs to file a reply brief in support of their motion to dismiss defendants' counterclaims and to strike certain affirmative defenses be extended from September 5, 2008, until and including September 15, 2008. Plaintiffs have not previously sought any extensions of this deadline. Defendants consent to this request.

Respectfully submitted,

*Marc Tenenbaum*

Marc A. Tenenbaum

cc: Joel E. Cohen, Esq. (by email)