MEMORANDUM OF AGREEMENT

This Memorandum of Agreement is hereby made between District 6, International Union of Industrial, Service, Transport and Health Employees (hereinafter referred to as the Union) located at 18 East 31 Street New York, N.Y. 10016, and ~~Maax Realton~~ 3647 Realty LLC, and 3657 Realty LLC (hereinafter referred to as the Employer) located at 1 Penn Plaza, Suite 4000, New York, NY 10119

THE FOLLOWING HAVE BEEN AGREED TO BY THE EMPLOYER AND DISTRICT 6:
EFFECTIVE DATE: July 21, 1999
EXPIRATION DATE: July 20, 2002
     Agreement covers the location 3647 Broadway and 3657 Broadway in N.Y.C. or any other location within the 25 mile radius.
A Union Shop
Check-off, Probationary Period

Employer is to contribute to District 6 Health Fund $110.00 per month per employee for single coverage, for the duration of the contract

Management Rights will remain the same as in the original signed by A.F. Management.
Vacation will remain the same as in the original signed by A.F. Managment.

Sick Days will remain the same as in the original signed by A.F. Management.

As to Wages, the Union and the Employer has agreed to the following
     it will remain the same as in the the original signed by A.F. Managment.

~~As to Pension, the Union and the Employer has agreed to the following $15.00 per month per member~~

                                    DISTRICT 6, INTERNATIONAL UNION
                                    INDUSTRIAL, SERVICE, TRANSPORT AND
                                    HEALTH EMPLOYEES

_____           _____
DATE  7/22/99                       DATE  7/21/99

DEFS00041