Form **5500**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the Employee
Retirement Income Security Act of 1974 (ERISA) and sections 6047(e),
6057(b), and 6058(a) of the Internal Revenue Code (the Code).

► Complete all entries in accordance with
the instructions to the Form 5500.

| Official Use Only |
|---|
| OMB Nos. 1210 - 0110 |
| 1210 - 0089 |
| **2004** |
| This Form is Open to Public Inspection. |

### Part I    Annual Report Identification Information

For the calendar plan year 2004 or fiscal plan year beginning **09/01/2004** and ending **08/31/2005**

**A** This return/report is for:
(1) [X] a multiemployer plan;
(2) [ ] a single-employer plan (other than a multiple-employer plan);
(3) [ ] a multiple-employer plan; or
(4) [ ] a DFE (specify) _____

**B** This return/report is:
(1) [ ] the first return/report filed for the plan;
(2) [ ] an amended return/report;
(3) [ ] the final return/report filed for the plan;
(4) [ ] a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here .............................................. ► [X]

**D** If filing under an extension of time or the DFVC program, check box and attach required information. (see instructions) .............................. ► [X]

### Part II    Basic Plan Information - enter all requested information.

**1a** Name of plan
DISTRICT 6 HEALTH PLAN

**1b** Three-digit plan number (PN) ► | **501**

**1c** Effective date of plan (mo., day, yr.)
09/05/1973

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)
BOARD OF TRUSTEES
DISTRICT 6 HEALTH PLAN

~~KENNEDY JENNIK & MURRAY, P.C~~
~~113 UNIVERSITY PLACE~~
730 BROADWAY

NEW YORK                    NY  10003

**2b** Employer Identification Number (EIN)
13-3449870

**2c** Sponsor's telephone number
212-696-~~5545539~~-5542

**2d** Business code (see instructions)

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.



SIGN HERE  X _Larry Magaud_          X 12/1/06   X Independent Fiduciary _Larry Magaud, Kennedy Jennik + Murray, P.C._
Signature of plan administrator          Date          Type or print name of individual signing as plan administrator

SIGN HERE  X _Larry Magaud_          X 12/1/06   ~~BOARD OF TRUSTEES~~ _Larry Magaud, Kennedy Jennik + Murray, P.C. Independent Fiduciary_
Signature of employer/plan sponsor/DFE          Date          Type or print name of individual signing as employer, plan sponsor or DFE

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.          v7.2          Form **5500** (2004)



0 2 0 4 1 9 0 1 0 H

418401 02-04-05

Form 5500 (2004)                                                    Page **2**

Official Use Only

| **3a** Plan administrator's name and address (If same as plan sponsor, enter "Same") | **3b** Administrator's EIN |
|---|---|
| SAME | |
| | **3c** Administrator's telephone number |

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

ARMAO, COSTA & RICCIARDI, CPAS, P.C

76 S. CENTRAL AVE. SUITE 1D

VALLEY STREAM                     NY   11580

**b** EIN

11-3264776

**c** Telephone number

516-256-3200

| | | | |
|---|---|---|---|
| **6** Total number of participants at the beginning of the plan year ........................... | **6** | | 3,250 |
| **7** Number of participants as of the end of the plan year (welfare plans complete only lines 7a, 7b, 7c, and 7d) | | | |
| **a** Active participants ............................................................................ | **7a** | | 3,250 |
| **b** Retired or separated participants receiving benefits ..................................... | **7b** | | |
| **c** Other retired or separated participants entitled to future benefits ..................... | **7c** | | |
| **d** Subtotal. Add lines 7a, 7b, and 7c ........................................................ | **7d** | | 3,250 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits ......... | **7e** | | |
| **f** Total. Add lines 7d and 7e ................................................................. | **7f** | | |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) ............................................................. | **7g** | | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested ................................................................ | **7h** | | |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) ..................... | **7i** | | |

**8** Benefits provided under the plan (complete 8a and 8b, as applicable)

**a** ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes printed in the instructions): ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**b** ☒ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes printed in the instructions): 4A  4D  ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐



| **9a** Plan funding arrangement (check all that apply) | **9b** Plan benefit arrangement (check all that apply) |
|---|---|
| (1) ☒ Insurance | (1) ☐ Insurance |
| (2) ☐ Code section 412(i) insurance contracts | (2) ☐ Code section 412(i) insurance contracts |
| (3) ☒ Trust | (3) ☐ Trust |
| (4) ☐ General assets of the sponsor | (4) ☐ General assets of the sponsor |



0 2 0 4 1 9 0 2 0 1

418/02 02-04-05

Form 5500 (2004)                                                                 Page **3**

Official Use Only

**10**   Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a**   **Pension Benefit Schedules**                                      **b**   **Financial Schedules**

(1) ☐        **R**   (Retirement Plan Information)                         (1) ☒        **H**   (Financial Information)

(2) ☐ _____  **T**   (Qualified Pension Plan Coverage Information)         (2) ☐        **I**   (Financial Information -- Small Plan)

  If a Schedule T is not attached because the plan                        (3) ☒ __1__   **A**   (Insurance Information)

  is relying on coverage testing information for a                        (4) ☒        **C**   (Service Provider Information)

  prior year, enter the year ............................ ▶ _____          (5) ☐        **D**   (DFE/Participating Plan Information)

(3) ☐        **B**   (Actuarial Information)                               (6) ☐        **G**   (Financial Transaction Schedules)

(4) ☐        **E**   (ESOP Annual Information)                             (7) ☒ __1__   **P**   (Trust Fiduciary Information)

(5) ☐        **SSA** (Separated Vested Participant Information)





0 2 0 4 1 9 0 3 0 J

418403  02-04-05

**SCHEDULE A**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

# Insurance Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974.

▶ **File as an attachment to Form 5500.**

▶ Insurance companies are required to provide this information pursuant to ERISA section 103(a)(2).

Official Use Only

OMB No. 1210-0110

**2004**

**This Form is Open to Public Inspection.**

For calendar plan year 2004 or fiscal plan year beginning **09/01/2004** and ending **08/31/2005**

**A** Name of plan
**DISTRICT 6 HEALTH PLAN**

**B** Three-digit plan number ▶ **501**

**C** Plan sponsor's name as shown on line 2a of Form 5500
**BOARD OF TRUSTEES**

**D** Employer Identification Number
**13-3449870**

**Part I**   **Information Concerning Insurance Contract Coverage, Fees, and Commissions**

Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A.

**1**   Coverage:

**(a)** Name of insurance carrier

HIP

| **(b)** EIN | **(c)** NAIC code | **(d)** Contract or identification number | **(e)** Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | **(f)** From | **(g)** To |
| 13-1828429 | 55247 | 11GA0749-000 | 117 | 09/01/2003 | 08/31/2004 |

**2**   Insurance fees and commissions paid to agents, brokers and other persons. Enter the total fees and total commissions below and list agents, brokers and other persons individually in descending order of the amount paid in the items on the following page(s) in Part I.

## Totals

| Total amount of commissions paid | Total fees paid / amount |
|---|---|
| 0 | 335,600 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.   v7.2   Schedule A (Form 5500) 2004

41842I 02-04-05





0604190010 L

Schedule A (Form 5500) 2004 _____ Page **2**

Official Use Only

**(a)** Name and address of the agents, brokers or other persons to whom commissions or fees were paid

| **(b)** Amount of commissions paid | Fees paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | 335,600 | INSURANCE PREMIUMS | 0 |

**(a)** Name and address of the agents, brokers or other persons to whom commissions or fees were paid

| **(b)** Amount of commissions paid | Fees paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agents, brokers or other persons to whom commissions or fees were paid

| **(b)** Amount of commissions paid | Fees paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

41842l 02-04-05



0 6 0 4 1 9 0 2 0 M

Schedule A (Form 5500) 2004                                              Page **3**

Official Use Only

| **Part II** | **Investment and Annuity Contract Information** |
|---|---|

Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**3** Current value of plan's interest under this contract in the general account at year end .....................................

**4** Current value of plan's interest under this contract in separate accounts at year end .....................................

**5** Contracts With Allocated Funds

**a** State the basis of premium rates ▶

**b** Premiums paid to carrier ................................................................................

**c** Premiums due but unpaid at the end of the year ...................................................

**d** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount .....................................

Specify nature of costs ▶

**e** Type of contract    **(1)** ☐ individual policies    **(2)** ☐ group deferred annuity

**(3)** ☐ other (specify) ▶

**f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here ............... ▶ ☐

**6** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

**a** Type of contract    **(1)** ☐ deposit administration    **(2)** ☐ immediate participation guarantee

**(3)** ☐ guaranteed investment    **(4)** ☐ other (specify below)

▶

**b** Balance at the end of the previous year ...............................................................

**c** Additions: (1) Contributions deposited during the year ...........................................

**(2)** Dividends and credits ......................................................................

**(3)** Interest credited during the year ....................................................

**(4)** Transferred from separate account ...............................................

**(5)** Other (specify below) .....................................................................

▶

**(6)** Total additions ...............................................................................

**d** Total of balance and additions (add **b** and **c**(6)) ...............................................

**e** Deductions:

**(1)** Disbursed from fund to pay benefits or purchase annuities during year ......

**(2)** Administration charge made by carrier ...........................................

**(3)** Transferred to separate account ...................................................

**(4)** Other (specify below) .....................................................................

▶

**(5)** Total deductions ...........................................................................

**f** Balance at the end of the current year (subtract **e**(5) from **d**) .............................





0 6 0 4 1 9 0 3 0 N

41843 02-04-05

Schedule A (Form 5500) 2004                                                    Page **4**

Official Use Only

| **Part III** | **Welfare Benefit Contract Information** |

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7** Benefit and contract type (check all applicable boxes)

| | |
|---|---|
| **a** ☐ Health (other than dental or vision) | **b** ☐ Dental |
| **c** ☐ Vision | **d** ☐ Life Insurance |
| **e** ☐ Temporary disability (accident and sickness) | **f** ☐ Long-term disability |
| **g** ☐ Supplemental unemployment | **h** ☐ Prescription drug |
| **i** ☐ Stop loss (large deductible) | **j** ☐ HMO contract |
| **k** ☐ PPO contract | **l** ☐ Indemnity contract |
| **m** ☐ Other (specify)▶ | |

**8** Experience-rated contracts

**a** Premiums: (1) Amount received ......................................

    (2) Increase (decrease) in amount due but unpaid ..........

    (3) Increase (decrease) in unearned premium reserve ........

    (4) Earned ((1) + (2) - (3)) ......................................

**b** Benefit charges: (1) Claims paid ..................................

    (2) Increase (decrease) in claim reserves ................

    (3) Incurred claims (add (1) and (2)) ......................

    (4) Claims charged ..............................................

**c** Remainder of premium: (1) Retention charges (on an accrual basis) –

    (A) Commissions ..............................................

    (B) Administrative service or other fees ....................

    (C) Other specific acquisition costs .......................

    (D) Other expenses ............................................

    (E) Taxes ......................................................

    (F) Charges for risks or other contingencies ..............

    (G) Other retention charges ..................................

    (H) Total retention ..........................................

    (2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.) .................

**d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement .......

    (2) Claim reserves ............................................

    (3) Other reserves ............................................

**e** Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).) .............................

**9** Nonexperience-rated contracts:

**a** Total premiums or subscription charges paid to carrier ...............................

**b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount ...............
    Specify nature of costs ▶ _____





41842d 02-04-05

**SCHEDULE C
(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

# Service Provider Information

This schedule is required to be filed under section 104 of the
Employee Retirement Income Security Act of 1974.

▶ **File as an attachment to Form 5500.**

Official Use Only

OMB No. 1210-0110

**2004**

This Form is Open to
Public Inspection.

For calendar plan year 2004 or fiscal plan year beginning    09/01/2004    and ending    08/31/2005

**A** Name of plan
DISTRICT 6 HEALTH PLAN

**B** Three-digit
plan number ▶    501

**C** Plan-sponsor's name as shown on line 2a of Form 5500
BOARD OF TRUSTEES

**D** Employer Identification Number
13-3449870

**Part I    Service Provider Information (see instructions)**

**1** Enter the total dollar amount of compensation paid by the plan to all persons, other than those
listed below, who received compensation during the plan year: ...................................... **1**

**2** On the first item below list the contract administrator, if any, as defined in the instructions. On the other items, list service providers in
descending order of the compensation they received for the services rendered during the plan year. List only the top 40. 103-12 IEs should
enter N/A in (c) and (d).

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| | | CONTRACT ADMINISTRATOR |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| | | | 12 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| BUCHBINDER TUNICK & CO., LLP | 13-1578842 | ACCOUNTANT |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| NONE | 0 | 42,430 | 10 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v7.2    **Schedule C (Form 5500) 2004**

418451 02-04-05





1 0 0 4 1 9 0 1 0 G

Schedule C (Form 5500) 2004                                         Page **2**

Official Use Only

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| MICHAEL WOLF | | ARBITRATION |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| NONE | 0 | 34,119 | 22 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| NANCY S. HYDE, ESQ | | ATTORNEY |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| NONE | 0 | 21,580 | 22 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| MARKOWITZ & RICHMAN | 23-2111581 | ATTORNEY |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| NONE | 0 | 9,966 | 22 |

418462  02-04-05





100419020H

Schedule C (Form 5500) 2004

Page **2**

Official Use Only

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| CALLAGHAN NAWROCKI, LLP | 11-3449870 | ACCOUNTANT |

| (d) Relationship to employer, employee organization, or person to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service(s) code(s) (see instructions) |
|---|---|---|---|
| NONE | 0 | 7,800 | 10 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| BARNES, IACCARINO, VIRGINIA, ET AL | 43-1995226 | ATTORNEY |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service(s) code(s) (see instructions) |
|---|---|---|---|
| NONE | 0 | 7,778 | 22 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| GARY NEEDLEMAN | 22-2686564 | ATTORNEY |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service(s) code(s) (see instructions) |
|---|---|---|---|
| NONE | 0 | 5,000 | 22 |

418462 02-04-05





1 0 0 4 1 9 0 2 0 H

Schedule C (Form 5500) 2004 _____ Page **3**

Official Use Only

| Part II | Termination Information on Accountants and Enrolled Actuaries (see instructions) |

**(a)** Name _____ **(b)** EIN _____

**(c)** Position _____

**(d)** Address _____

**(e)** Telephone No. _____

Explanation: _____
_____
_____

**(a)** Name _____ **(b)** EIN _____

**(c)** Position _____

**(d)** Address _____

**(e)** Telephone No. _____

Explanation: _____
_____
_____

**(a)** Name _____ **(b)** EIN _____

**(c)** Position _____

**(d)** Address _____

**(e)** Telephone No. _____

Explanation: _____
_____
_____

418463 02-04-05





1 0 0 4 1 9 0 3 0 I

**SCHEDULE H**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Financial Information

This schedule is required to be filed under Section 104 of the Employee
Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the
Internal Revenue Code (the Code).

▶ **File as an attachment to Form 5500.**

Official Use Only

OMB No. 1210-0110

**2004**

**This Form is Open
to Public Inspection.**

For calendar year 2004 or fiscal plan year beginning **09/01/2004** and ending **08/31/2005**

**A** Name of plan
**DISTRICT 6 HEALTH PLAN**

**B** Three-digit
plan number ▶ **501**

**C** Plan sponsor's name as shown on line 2a of Form 5500
**BOARD OF TRUSTEES**

**D** Employer Identification Number
**13-3449870**

**Part I    Asset and Liability Statement**

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash | **a** | | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| (1) Employer contributions | **b(1)** | 17,158 | 128,361 |
| (2) Participant contributions | **b(2)** | | |
| (3) Other | **b(3)** | | |
| **c** General investments: | | | |
| (1) Interest-bearing cash (incl. money market accounts & certificates of deposit) | **c(1)** | 994,010 | 863,210 |
| (2) U.S. Government securities | **c(2)** | | |
| (3) Corporate debt instruments (other than employer securities): | | | |
| (A) Preferred | **c(3)(A)** | | |
| (B) All other | **c(3)(B)** | | |
| (4) Corporate stocks (other than employer securities): | | | |
| (A) Preferred | **c(4)(A)** | | |
| (B) Common | **c(4)(B)** | | |
| (5) Partnership/joint venture interests | **c(5)** | | |
| (6) Real estate (other than employer real property) | **c(6)** | | |
| (7) Loans (other than to participants) | **c(7)** | | |
| (8) Participant loans | **c(8)** | | |
| (9) Value of interest in common/collective trusts | **c(9)** | | |
| (10) Value of interest in pooled separate accounts | **c(10)** | | |
| (11) Value of interest in master trust investment accounts | **c(11)** | | |
| (12) Value of interest in 103-12 investment entities | **c(12)** | | |
| (13) Value of interest in registered investment companies (e.g., mutual funds) | **c(13)** | | |
| (14) Value of funds held in insurance co. general account (unallocated contracts) | **c(14)** | | |
| (15) Other | **c(15)** | | |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v7.2    Schedule H (Form 5500) 2004





1 8 0 4 1 9 0 1 0 0

41860.1 02-04-05

Schedule H (Form 5500) 2004                                      Page **2**

|  |  | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| **1 d** | Employer-related investments: | | | |
| | **(1)** Employer securities ................................................ | d(1) | | |
| | **(2)** Employer real property ........................................... | d(2) | | |
| **e** | Buildings and other property used in plan operation ............. | e | 611 | 547 |
| **f** | Total assets (add all amounts in lines 1a through 1e) ........... | f | 1,011,779 | 992,118 |
| | **Liabilities** | | | |
| **g** | Benefit claims payable ............................................... | g | 10,557 | 58,924 |
| **h** | Operating payables .................................................... | h | | |
| **i** | Acquisition indebtedness ............................................. | i | | |
| **j** | Other liabilities ....................................................... | j | | |
| **k** | Total liabilities (add all amounts in lines 1g through 1j) ........ | k | 10,557 | 58,924 |
| | **Net Assets** | | | |
| **l** | Net assets (subtract line 1k from line 1f) ........................ | l | 1,001,222 | 933,194 |

**Part II    Income and Expense Statement**

**2**    Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

| | **Income** | | (a) Amount | (b) Total |
|---|---|---|---|---|
| **a** | **Contributions:** | | | |
| | **(1)** Received or receivable in cash from:   **(A)** Employers .......... | a(1)(A) | 1,209,955 | |
| | **(B)** Participants ...................................................... | a(1)(B) | | |
| | **(C)** Others (including rollovers) ................................. | a(1)(C) | | |
| | **(2)** Noncash contributions ........................................ | a(2) | | |
| | **(3)** Total contributions. Add lines 2a(1)(A), (B), (C), and line 2a(2) | a(3) | | 1,209,955 |
| **b** | **Earnings on investments:** | | | |
| | **(1)** Interest: | | | |
| | **(A)** Interest-bearing cash (including money market accounts and certificates of deposit) ........................... | b(1)(A) | 199 | |
| | **(B)** U.S. Government securities ................................. | b(1)(B) | | |
| | **(C)** Corporate debt instruments ................................ | b(1)(C) | | |
| | **(D)** Loans (other than to participants) ......................... | b(1)(D) | | |
| | **(E)** Participant loans ............................................... | b(1)(E) | | |
| | **(F)** Other ............................................................ | b(1)(F) | | |
| | **(G)** Total interest. Add lines 2b(1)(A) through (F) ............ | b(1)(G) | | 199 |
| | **(2)** Dividends:   **(A)** Preferred stock ............................ | b(2)(A) | | |
| | **(B)** Common stock ................................................. | b(2)(B) | | |
| | **(C)** Total dividends. Add lines 2b(2)(A) and (B) .............. | b(2)(C) | | |
| | **(3)** Rents ............................................................. | b(3) | | |
| | **(4)** Net gain (loss) on sale of assets:   **(A)** Aggregate proceeds .. | b(4)(A) | | |
| | **(B)** Aggregate carrying amount (see instructions) ........... | b(4)(B) | | |
| | **(C)** Subtract line 2b(4)(B) from line 2b(4)(A) and enter result ... | b(4)(C) | | 0 |





1 8 0 4 1 9 0 2 0 P

Schedule H (Form 5500) 2004                                                        Page **3**

Official Use Only

| | | | (a) Amount | (b) Total |
|---|---|---|---|---|
| **2b** | **(5)** Unrealized appreciation (depreciation) of assets: **(A)** Real estate | b(5)(A) | | |
| | **(B)** Other | b(5)(B) | | |
| | **(C)** Total unrealized appreciation of assets. Add lines 2b(5)(A) and **(B)** | b(5)(C) | | |
| | **(6)** Net investment gain (loss) from common/collective trusts | b(6) | | |
| | **(7)** Net investment gain (loss) from pooled separate accounts | b(7) | | |
| | **(8)** Net investment gain (loss) from master trust investment accounts | b(8) | | |
| | **(9)** Net investment gain (loss) from 103-12 investment entities | b(9) | | |
| | **(10)** Net investment gain (loss) from registered investment companies (e.g., mutual funds) | b(10) | | |
| **c** | Other income | c | | |
| **d** | Total income. Add all **income** amounts in column (b) and enter total | d | | 1,210,154 |
| | **Expenses** | | | |
| **e** | Benefit payment and payments to provide benefits: | | | |
| | **(1)** Directly to participants or beneficiaries, including direct rollovers | e(1) | | |
| | **(2)** To insurance carriers for the provision of benefits | e(2) | 918,023 | |
| | **(3)** Other | e(3) | 118,024 | |
| | **(4)** Total benefit payments. Add lines 2e(1) through (3) | e(4) | | 1,036,047 |
| **f** | Corrective distributions (see instructions) | f | | |
| **g** | Certain deemed distributions of participant loans (see instructions) | g | | |
| **h** | Interest expense | h | | |
| **i** | Administrative expenses:  **(1)** Professional fees | i(1) | 130,373 | |
| | **(2)** Contract administrator fees | i(2) | | |
| | **(3)** Investment advisory and management fees | i(3) | | |
| | **(4)** Other | i(4) | 111,762 | |
| | **(5)** Total administrative expenses. Add lines 2i(1) through (4) | i(5) | | 242,135 |
| **j** | Total expenses. Add all **expense** amounts in column (b) and enter total | j | | 1,278,182 |
| | **Net Income and Reconciliation** | | | |
| **k** | Net income (loss) (subtract line 2j from line 2d) | k | | <68,028> |
| **l** | Transfers of assets | | | |
| | **(1)** To this plan | l(1) | | |
| | **(2)** From this plan | l(2) | | |

## Part III    Accountant's Opinion

**3**    Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500.
Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):
   **(1)** ☐ Unqualified   **(2)** ☐ Qualified   **(3)** ☒ Disclaimer   **(4)** ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)? .............................. ☐ Yes   ☒ No

**c** Enter the name and EIN of the accountant (or accounting firm) ▶
   ARMAO,COSTA & RICCIARDI, CPAS P.C.                                    11-3264776

**d** The opinion of an independent qualified public accountant is **not attached** because:
   **(1)** ☐ this form is filed for a CCT, PSA or MTIA.   **(2)** ☐ it will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.





180419030Q

415503  02-04-05

Schedule H (Form 5500) 2004           Page **4**

Official Use Only

## Part IV   Transactions During Plan Year

**4**    CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete 4a, 4e, 4f, 4g, 4h, 4k, or 5. 103-12 IEs also do not complete 4j.

| | During the plan year: | Yes | No | Amount |
|---|---|---|---|---|
| **a** | Did the employer fail to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? (See instructions and DOL's Voluntary Fiduciary Correction Program.) ..................................................... **a** | | X | |
| **b** | Were any loans by the plan or fixed income obligations due the plan in default as of the close of plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked) **b** | | X | |
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked) ......................... **c** | | X | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked on line 4d.) ..................................................... **d** | | X | |
| **e** | Was this plan covered by a fidelity bond? ..................................................... **e** | X | | 1,000,000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ..................................................... **f** | | X | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? ..................................................... **g** | | X | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? ..................................................... **h** | | X | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements) ..................................................... **i** | | X | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked and see instructions for format requirements) ..................................................... **j** | | X | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ..................................................... **k** | | X | |

**5 a**   Has a resolution to terminate the plan been adopted during the plan year or any prior plan year? If yes, enter the amount of any plan assets that reverted to the employer this year ..................................................... ☐ Yes   ☒ No   Amount _____

**5 b**   If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions).

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |





180419040R

418504 02-0405

**SCHEDULE P**
**(Form 5500)**

# Annual Return of Fiduciary of Employee Benefit Trust

This schedule may be filed to satisfy the requirements under section 6033(a) for an annual information return from every section 401(a) organization exempt from tax under section 501(a).

Filing this form will start the running of the statute of limitations under section 6501(a) for any trust described in section 401(a) that is exempt from tax under section 501(a).

▶ File as an attachment to Form 5500 or 5500-EZ.

Department of the Treasury
Internal Revenue Service

Official Use Only

OMB No. 1210-0110

**2004**

This Form is Open to Public Inspection.

---

For trust calendar year 2004 or fiscal year beginning  09/01/2004  and ending  08/31/2005

**1a** Name of trustee or custodian

BOARD OF TRUSTEES

**b** Number, street, and room or suite no. (If a P.O. box, see the instructions for Form 5500 or 5500-EZ.)

254 WEST 31TH STREET 8TH FLOOR

**c** City or town, state, and ZIP code

NEW YORK          NY  10001

**2a** Name of trust

DISTRICT 6 HEALTH PLAN 254 WEST 13TH STREET 8TH FLOOR

**b** Trust's employer identification number  13-3449870

**3** Name of plan if different from name of trust

---

**4** Have you furnished the participating employee benefit plan(s) with the trust financial information required to be reported by the plan(s)? ........................................ ☒ Yes  ☐ No

**5** Enter the plan sponsor's employer identification number as shown on Form 5500 or 5500-EZ ........................................ ▶  13-3449870

Under penalties of perjury, I declare that I have examined this schedule, and to the best of my knowledge and belief it is true, correct, and complete.

**SIGN HERE**  Signature of fiduciary ▶ X _Lay Mgnt_     Date ▶ X 12/1/06

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500 or 5500-EZ.          v7.2          Schedule P (Form 5500) 2004

41821 02-04-05





2 6 0 4 1 9 0 1 0 N

BOARD OF TRUSTEES DISTRICT 6 HEALTH PLAN                    13-3449870

FORM 5500, BOX D - DFVC FILING                    STATEMENT    1

FORM 5500 IS BEING FILED UNDER THE DFVC PROGRAM

BOARD OF TRUSTEES DISTRICT 6 HEALTH PLAN                          13-3449870

SCHEDULE H            OTHER ADMINISTRATIVE EXPENSES              STATEMENT    2
LINE 2I(4)                  DISTRICT 6 HEALTH PLAN           PLAN NUMBER 501

| DESCRIPTION | AMOUNT |
|---|---|
| OFFICE EXPENSE | 1,572. |
| INSURANCE | 59,126. |
| DEPRECIATION EXPENSE | 64. |
| REIMBURSED EXPENSES | 51,000. |
| OTHER ADMINISTRATIVE EXPENSES TO SCHEDULE H, LINE 2I(4) | 111,762. |

DISTRICT 6 HEALTH PLAN

FINANCIAL STATEMENTS

AUGUST 31, 2005 AND 2004

DISTRICT 6 HEALTH PLAN

CONTENTS

|  | Page |
|---|---|
| Independent Auditors' Report | 1 |
| **Financial Statements** | |
| Statements of Net Assets Available for Benefits at August 31, 2005 and 2004 | 2 |
| Statements of Changes in Net Assets Available for Benefits for the Years Ended August 31, 2005 and 2004 | 3 |
| Statements of Plan's Benefit Obligations at August 31, 2005 and 2004 | 4 |
| Statements of Changes in Plan's Benefit Obligations for the Years Ended August 31, 2005 and 2004 | 5 |
| Notes to Financial Statements | 6-8 |
| **Supplementary Information** | |
| Independent Auditors' Report on Supplementary Information | 9 |
| Schedules of Benefits Paid for the Years Ended August 31, 2005 and 2004 | 10 |
| Schedules of Administrative Expenses for the Years Ended August 31, 2005 and 2004 | 11 |

# ARMAO, COSTA & RICCIARDI
CERTIFIED PUBLIC ACCOUNTANTS, P.C.

76 SOUTH CENTRAL AVE, SUITE 1D
VALLEY STREAM, NEW YORK 11580
T. 516.256.3200  F. 516.256.4620
acrcpa.com

SALVATORE J. ARMAO, CPA/PFS, CFP
MICHAEL J. COSTA, CPA
LISA M. RICCIARDI, CPA

## INDEPENDENT AUDITORS' REPORT

To The Board of Trustees
District 6 Health Plan
New York, New York

We were engaged to audit the accompanying statements of net assets available for benefits and the statements of the Plan's benefit obligations of District 6 Health Plan as of August 31, 2005 and 2004, and the related statements of changes in net assets available for benefit and the statements of changes in Plan's benefit obligations for the years then ended.  These financial statements are the responsibility of the Plan's management.

We were unable to obtain written representations from management of the Plan as required by generally accepted auditing standards.

Because management did not provide us with written representation, the scope of our work was not sufficient to enable us to express, and we do not express, an opinion on the financial statements referred to in the first paragraph.

*Armao, Costa & Ricciardi*

ARMAO, COSTA & RICCIARDI, CPAs, P.C.

Valley Stream, New York
August 23, 2006

MEMBERS OF:
AICPA DIVISION FOR CPA FIRMS
NYS SOCIETY OF CPA'S

NEW YORK OFFICE:
410 PARK AVENUE, 15TH FLOOR
NEW YORK, NY 10022

GREENWICH OFFICE:
591 WEST PUTNAM AVENUE
GREENWICH, CT 06830

-1-



DISTRICT 6 HEALTH PLAN
STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS
AUGUST 31, 2005 AND 2004

ASSETS

|  | 2005 | 2004 |
|---|---|---|
| RECEIVABLES: | | |
| Employers' contributions | $ 128,361 | $ 17,158 |
| CASH AND CASH EQUIVALENTS | 863,210 | 994,010 |
| OTHER ASSETS: | | |
| Property and equipment, net | 547 | 611 |
| Total Assets | 92,118 | 1,011,779 |
| NET ASSETS AVAILABLE FOR BENEFITS | $ 992,118 | $ 1,011,779 |

See accompanying notes to financial statements.

-2-

DISTRICT 6 HEALTH PLAN
STATEMENTS OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS
FOR THE YEARS ENDED AUGUST 31, 2005 AND 2004

|  | 2005 | 2004 |
|---|---|---|
| ADDITIONS TO PLAN ASSETS ATTRIBUTED TO: |  |  |
| Contributions: |  |  |
| Participating employers | $ 1,209,955 | $ 962,436 |
| Other income | 199 | 236 |
| Total Additions | 1,210,154 | 962,672 |
|  |  |  |
| DEDUCTIONS FROM PLAN ASSETS ATTRIBUTED TO: |  |  |
| Benefits paid to participants | 987,679 | 854,722 |
| Administrative expenses | 242,136 | 159,805 |
| Total Deductions | 1,229,815 | 1,014,527 |
| NET DECREASE | (19,661) | (51,855) |
| NET ASSETS AVAILABLE FOR BENEFITS: |  |  |
| Beginning of Year | 1,011,779 | 1,063,634 |
| End of Year | $ 992,118 | $ 1,011,779 |

See accompanying notes to financial statements.

-3-

DISTRICT 6 HEALTH PLAN
STATEMENTS OF PLAN'S BENEFIT OBLIGATIONS
AUGUST 31, 2005 AND 2004

| AMOUNTS CURRENTLY PAYABLE TO OR FOR PARTICIPANTS, BENEFICIARIES AND DEPENDENTS: | 2005 | 2004 |
|---|---|---|
| Health claims payable | $ 58,924 | $ 10,557 |
| Total benefit obligations | $ 58,924 | $ 10,557 |

See accompanying notes to financial statements.

-4-

DISTRICT 6 HEALTH PLAN
STATEMENTS OF CHANGES IN PLAN'S BENEFIT OBLIGATIONS
FOR THE YEARS ENDED AUGUST 31, 2005 AND 2004

| AMOUNTS CURRENTLY PAYABLE TO OR FOR PARTICIPANTS, BENEFICIARIES AND DEPENDENTS: | | 2005 | | 2004 |
|---|---|---|---|---|
| Balance at beginning of year | $ | 10,557 | $ | 0 |
| Claims reported and approved for payment | | 1,036,046 | | 865,279 |
| Claims paid | | (987,679) | | (854,722) |
| Balance at end of year | $ | 58,924 | $ | 10,557 |

See accompanying notes to financial statements.

-5-

DISTRICT 6 HEALTH PLAN
NOTES TO FINANCIAL STATEMENTS

Note 1 -    Description of Plan

The following brief description of District 6 Health Plan ("The Plan") provides only general information. Participants should refer to The Plan agreement for more complete information.

General

The Plan is a multiemployer welfare benefit Plan, established under the provisions of an Agreement and Declaration of Trust between District 6 Health Plan, and the various employers having collective bargaining agreements with the District 6 International Union of Industrial Service, Transport and Health Employees (IUISTHE) ("The Union"). The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA").

Benefits

The Fund provides hospital, medical, dental, vision and prescription drug benefits for eligible participants and their covered dependents. The Plan also provides a continuation of health benefits coverage under the Consolidated Omnibus Budget and Reconciliation Act (COBRA) to participants and dependents upon loss of eligibility under The Plan.

Contributions

Contribution rates have been established under collective bargaining agreements entered into between The Union and the various participating employers.

Note 2 -    Summary of Significant Accounting Policies

The following are the significant accounting policies followed by The Plan:

Change in Accounting

The Plan has adopted the provisions of the American Institute of Certified Public Accountants (AICPA), Statement of Position (SOP), 92-6 "Accounting and Reporting by Health and Welfare Benefit Plans" as amended by SOP 01-2. The SOP establishes accounting standards for the presentation of benefit obligations in the financial statements of health and welfare benefit plans.

Basis of Accounting

The accompanying financial statements have been prepared on the accrual basis of accounting.

Use of Estimates

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, benefit obligations, and changes therein, IBNR, eligibility credits, claims payable, and disclosure of contingent assets and liabilities. Actual results could differ from those estimates.

-6-

DISTRICT 6 HEALTH PLAN
NOTES TO FINANCIAL STATEMENTS

Note 2 -   Summary of Significant Accounting Policies (cont'd.)

Concentration of Credit Risk

All of The Plan's cash is held in one financial institution.  Cash accounts at banks are insured by the Federal Deposit Insurance Corporation (FDIC) up to $100,000.  Amounts in excess of insured limits were approximately $a700,108 at August 31, 2005 and 2004, respectively.

Property and Equipment

Property and equipment is stated at cost. The costs of additions and betterments are capitalized and expenditures for repairs and maintenance are expensed when incurred.  When items of property and equipment are sold or retired, the related costs and accumulated depreciation are removed from the accounts and any gain or loss is included in additions to or deductions from net assets.

Depreciation of property and equipment is provided utilizing the straight-line method over the estimated useful lives of the respective assets as follows:

Computer equipment                                          5 years

Note 3 -   Property and Equipment

Property and equipment is summarized as follows:

|                                 | 2005      | 2004      |
|---------------------------------|-----------|-----------|
| Computer equipment              | $   5,473 | $   5,473 |
| Less: Accumulated depreciation  |     4,926 |     4,862 |
|                                 | $     547 | $     611 |

Depreciation expense related to property and equipment amounted to $64 and $1,080 for the years ended August 31, 2005 and 2004, respectively.

Note 4 -   Tax Status

The trust established under The Plan to hold The Plan's assets is qualified pursuant to Section 501(c)9 of the Internal Revenue Code as a tax exempt organization.

DISTRICT 6 HEALTH PLAN
NOTES TO FINANCIAL STATEMENTS

Note 5 -   Reconciliation of Financial Statements to Form 5500

The following is a reconciliation of net assets available for benefits per the financial statements to the Form 5500:

|  |  |  |
|---|---|---|
| Net assets available for benefits per the financial statements | $ | 992,118 |
| Benefit obligations currently payable | | (58,924) |
| Net assets available for benefits per the Form 5500 | $ | 933,194 |

The following is a reconciliation of benefits paid on behalf of participants per the financial statements to the Form 5500:

|  |  |  |
|---|---|---|
| Benefits paid per the financial statements | $ | 987,679 |
| Add: amounts currently payable at end of year | | 58,924 |
| Less: amounts currently payable at beginning of year | | (10,557) |
| Benefits paid on behalf of participants per the Form 5500 | $ | 1,036,046 |

Amounts currently payable on behalf of participants, dependents and beneficiaries are recorded on Form 5500 for benefit claims that have been processed and approved for payment prior to August 31, but not yet paid as of that date.

Note 6 -   Related Party Transactions

The Plan reimburses The Union for certain administrative expenses, salaries, benefits and payroll taxes. During the years ended August 31, 2005 and 2004, The Plan reimbursed The Union amounts totaling $51,000 and $62,004, respectively.

-8-

SUPPLEMENTARY INFORMATION

# ARMAO, COSTA & RICCIARDI
CERTIFIED PUBLIC ACCOUNTANTS. P.C.

76 SOUTH CENTRAL AVE, SUITE 1D
VALLEY STREAM, NEW YORK 11580
T. 516.256.3200 F. 516.256.4620
acrcpa.com

SALVATORE J. ARMAO, CPA/PFS, CFP
MICHAEL J. COSTA, CPA
LISA M. RICCIARDI, CPA

## INDEPENDENT AUDITORS' REPORT ON SUPPLEMENTARY INFORMATION

To The Board of Trustees
District 6 Health Plan
New York, New York

Our report on our audit of the basic financial statements of District 6 Health Plan appears on page one. Our audit was performed for the purpose of forming an opinion on the basic financial statements taken as a whole. The supplementary information is presented for the purpose of additional analysis and is not a required part of the basic financial statements. These supplemental schedules have been subjected to the auditing procedures applied in the audit of the basic financial statements and, in our opinion, are fairly stated in all material respects in relation to the basic financial statements taken as a whole.

*Armao, Costa & Ricciardi*

ARMAO, COSTA & RICCIARDI, CPAs, P.C.

Valley Stream, New York
August 23, 2006

MEMBERS OF:
AICPA DIVISION FOR CPA FIRMS
NYS SOCIETY OF CPA'S

NEW YORK OFFICE:
410 PARK AVENUE, 15TH FLOOR
NEW YORK, NY 10022

GREENWICH OFFICE:
591 WEST PUTNAM AVENUE
GREENWICH, CT 06830



DISTRICT 6 HEALTH PLAN
SUPPLEMENTARY INFORMATION
SCHEDULES OF BENEFITS PAID
FOR THE YEARS ENDED AUGUST 31, 2005 AND 2004

|  | 2005 | 2004 |
|---|---|---|
| Medical | $ 984,131 | $ 850,372 |
| Optical | 619 | 424 |
| Dental | 2,929 | 3,926 |
|  | $ 987,679 | $ 854,722 |

DISTRICT 6 HEALTH PLAN
SUPPLEMENTARY INFORMATION
SCHEDULES OF ADMINISTRATIVE EXPENSES
FOR THE YEARS ENDED AUGUST 31, 2005

|  | 2005 | 2004 |
|---|---|---|
| BANK CHARGES | $ 191 | $ 188 |
| DEPRECIATION EXPENSE | 64 | 1,080 |
| DUES AND SUBSCRIPTIONS | 575 | 575 |
| INSURANCE | 59,126 | 24,478 |
| PROFESSIONAL FEES | 130,373 | 71,480 |
| OFFICE EXPENSE | 807 | 0 |
| REIMBURSEMENT OF OPERATING COSTS | 51,000 | 62,004 |
|  | $ 242,136 | $ 159,805 |