| Form **5500** | **Annual Return/Report of Employee Benefit Plan** | Official Use Only |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code). | OMB Nos. 1210 - 0110 / 1210 - 0089 |
| Department of Labor Employee Benefits Security Administration | ▶ Complete all entries in accordance with the instructions to the Form 5500. | **2005** |
| Pension Benefit Guaranty Corporation | | This Form is Open to Public Inspection. |

## Part I  Annual Report Identification Information

For the calendar plan year 2005 or fiscal plan year beginning **09/01/2005** and ending **08/31/2006**

**A** This return/report is for:
- (1) ☒ a multiemployer plan;
- (2) ☐ a single-employer plan (other than a multiple-employer plan);
- (3) ☐ a multiple-employer plan; or
- (4) ☐ a DFE (specify) _____

**B** This return/report is:
- (1) ☐ the first return/report filed for the plan;
- (2) ☒ an amended return/report;
- (3) ☐ the final return/report filed for the plan;
- (4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ........................................................................ ▶ ☒

**D** If filing under an extension of time or the DFVC program, check box and attach required information. (see instructions) .......... ▶ ☒

## Part II  Basic Plan Information - enter all requested information.

**1a** Name of plan
DISTRICT 6 HEALTH PLAN
730 BROADWAY
NEW YORK, NY 10003

**1b** Three-digit plan number (PN) ▶ 501

**1c** Effective date of plan (mo., day, yr.)
09/05/1973

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)
BOARD OF TRUSTEES
DISTRICT 6 HEALTH PLAN

ALICARE
730 BROADWAY

NEW YORK                    NY  10003

**2b** Employer Identification Number (EIN)
13-3449870

**2c** Sponsor's telephone number
212-696-5545

**2d** Business code (see instructions)
623000

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.



| SIGN HERE | *Larry Magarik* | 10/12/07 | Larry Magarik, Kennedy Jennik & Murray, P.C. Independ Fiduciary |
|---|---|---|---|
| | Signature of plan administrator | Date | Type or print name of individual signing as plan administrator |
| SIGN HERE | *Larry Magarik* | 10/12/07 | BOARD OF TRUSTEES *Larry Magarik, Independ Fiduciary* |
| | Signature of employer/plan sponsor/DFE | Date | Type or print name of individual signing as employer, plan sponsor or DFE |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.          v8.2          Form **5500** (2005)



0 2 0 5 5 7 0 1 0 K

Form 5500 (2005)                                                                        Page **2**

Official Use Only

| | |
|---|---|
| **3a** Plan administrator's name and address (If same as plan sponsor, enter "Same") <br> SAME | **3b** Administrator's EIN |
| | **3c** Administrator's telephone number |

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)   **a** Name (including firm name, if applicable) and address

ARMAO, COSTA & RICCIARDI, CPAS, P.C

76 S. CENTRAL AVE. SUITE 1D

VALLEY STREAM                                NY  11580

**b** EIN

11-3264776

**c** Telephone number

516-256-3200

| | | |
|---|---|---|
| **6** Total number of participants at the beginning of the plan year | **6** | 3,250 |
| **7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**) | | |
| **a** Active participants | **7a** | 3,250 |
| **b** Retired or separated participants receiving benefits | **7b** | |
| **c** Other retired or separated participants entitled to future benefits | **7c** | |
| **d** Subtotal. Add lines **7a, 7b,** and **7c** | **7d** | 3,250 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **7e** | |
| **f** Total. Add lines **7d** and **7e** | **7f** | |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **7g** | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **7h** | |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | **7i** | |

**8** Benefits provided under the plan (complete **8a** and **8b**, as applicable)

**a** ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes printed in the instructions): ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**b** ☒ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes printed in the instructions): 4A  4D ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

| **9a** Plan funding arrangement (check all that apply) | **9b** Plan benefit arrangement (check all that apply) |
|---|---|
| **(1)** ☒ Insurance | **(1)** ☒ Insurance |
| **(2)** ☐ Code section 412(i) insurance contracts | **(2)** ☐ Code section 412(i) insurance contracts |
| **(3)** ☒ Trust | **(3)** ☒ Trust |
| **(4)** ☐ General assets of the sponsor | **(4)** ☐ General assets of the sponsor |





0 2 0 5 5 7 0 2 0 L

Form 5500 (2005)                                                                                     Page **3**

Official Use Only

**10**  Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a  Pension Benefit Schedules**

(1)  [ ]  **R**  (Retirement Plan Information)

(2)  [ ]  **B**  (Actuarial Information)

(3)  [ ]  **E**  (ESOP Annual Information)

(4)  [ ]  **SSA** (Separated Vested Participant Information)

**b  Financial Schedules**

(1)  [X]  **H**  (Financial Information)

(2)  [ ]  **I**  (Financial Information ·· Small Plan)

(3)  [X]  _1_  **A**  (Insurance Information)

(4)  [X]  **C**  (Service Provider Information)

(5)  [ ]  **D**  (DFE/Participating Plan Information)

(6)  [ ]  **G**  (Financial Transaction Schedules)

(7)  [X]  _1_  **P**  (Trust Fiduciary Information)





0 2 0 5 5 7 0 3 0 M

**SCHEDULE A**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

# Insurance Information

This schedule is required to be filed under section 104 of the
Employee Retirement Income Security Act of 1974.

▶ **File as an attachment to Form 5500.**

▶ Insurance companies are required to provide this information
pursuant to ERISA section 103(a)(2).

Official Use Only

OMB No. 1210-0110

**2005**

**This Form is Open to
Public Inspection.**

| For calendar plan year 2005 or fiscal plan year beginning | 09/01/2005 | and ending | 08/31/2006 |
|---|---|---|---|

**A** Name of plan
DISTRICT 6 HEALTH PLAN

**B** Three-digit
plan number ▶ **501**

**C** Plan sponsor's name as shown on line 2a of Form 5500
BOARD OF TRUSTEES

**D** Employer Identification Number
13-3449870

| Part I | Information Concerning Insurance Contract Coverage, Fees, and Commissions |
|---|---|

Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be
reported on a single Schedule A.

**1** Coverage:

**(a)** Name of insurance carrier

ATLANTIS HEALTH PLAN

| **(b)** EIN | **(c)** NAIC code | **(d)** Contract or identification number | **(e)** Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | **(f)** From | **(g)** To |
| 22-3624770 | 52624 | G01623 | 73 | 01/01/2006 | 12/31/2006 |

**2** Insurance fees and commissions paid to agents, brokers and other persons. Enter the total fees and total commissions below and list agents,
brokers and other persons individually in descending order of the amount paid in the items on the following page(s) in Part I.

## Totals

| Total amount of commissions paid | Total fees paid / amount |
|---|---|
| 9,908 | 0 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v8.2    Schedule A (Form 5500) 2005





0 6 0 5 5 7 0 1 0 0

21 01-09-06

Schedule A (Form 5500) 2005                                    Page **2**

Official Use Only

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid |
|---|

FOREST HILLS GROUP SERVICES

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| 9,908 | | | 3 |

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid |
|---|

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid |
|---|

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |





060557020P

Schedule A (Form 5500) 2005                                    Page **3**

Official Use Only

| Part II | Investment and Annuity Contract Information |
|---|---|

Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**3** Current value of plan's interest under this contract in the general account at year end ...............................

**4** Current value of plan's interest under this contract in separate accounts at year end ...............................

**5** Contracts With Allocated Funds

  **a** State the basis of premium rates ▶ _____

  **b** Premiums paid to carrier ...............................................................................................

  **c** Premiums due but unpaid at the end of the year ...........................................................

  **d** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition
    or retention of the contract or policy, enter amount ......................................................
    Specify nature of costs ▶

  **e** Type of contract  **(1)** ☐ individual policies    **(2)** ☐ group deferred annuity
    **(3)** ☐ other (specify) ▶

  **f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here   ▶ ☐

**6** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

  **a** Type of contract  **(1)** ☐ deposit administration    **(2)** ☐ immediate participation guarantee
    **(3)** ☐ guaranteed investment    **(4)** ☐ other (specify below)
    ▶

  **b** Balance at the end of the previous year ........................................................................

  **c** Additions: (1) Contributions deposited during the year ..................................................
    (2) Dividends and credits .........................................................................................
    (3) Interest credited during the year ........................................................................
    (4) Transferred from separate account .....................................................................
    (5) Other (specify below) .........................................................................................
    ▶
    (6) Total additions ...................................................................................................

  **d** Total of balance and additions (add **b** and **c**(6)) .......................................................

  **e** Deductions:
    (1) Disbursed from fund to pay benefits or purchase annuities during year ......
    (2) Administration charge made by carrier ...............................................................
    (3) Transferred to separate account .........................................................................
    (4) Other (specify below) .........................................................................................
    ▶
    (5) Total deductions ................................................................................................

  **f** Balance at the end of the current year (subtract **e**(5) from **d**) ...................................





0 6 0 5 5 7 0 3 0 Q

Schedule A (Form 5500) 2005                                          Page **4**

Official Use Only

**Part III**   **Welfare Benefit Contract Information**

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7**   Benefit and contract type (check all applicable boxes)

| | | | |
|---|---|---|---|
| **a** ☐ Health (other than dental or vision) | **b** ☐ Dental | **c** ☐ Vision | **d** ☐ Life Insurance |
| **e** ☐ Temporary disability (accident and sickness) | **f** ☐ Long-term disability | **g** ☐ Supplemental unemployment | **h** ☐ Prescription drug |
| **i** ☐ Stop loss (large deductible) | **j** ☐ HMO contract | **k** ☐ PPO contract | **l** ☐ Indemnity contract |
| **m** ☐ Other (specify)▶ | | | |

**8**   Experience-rated contracts

**a**   Premiums: (1) Amount received .................................................

(2)   Increase (decrease) in amount due but unpaid ...........................

(3)   Increase (decrease) in unearned premium reserve ......................

(4)   Earned ((1) + (2) - (3)) ...........................................................

**b**   Benefit charges: (1) Claims paid ..............................................

(2)   Increase (decrease) in claim reserves ......................................

(3)   Incurred claims (add (1) and (2)) ..............................................

(4)   Claims charged .......................................................................

**c**   Remainder of premium: (1) Retention charges (on an accrual basis) –

(A)   Commissions ...........................................................................

(B)   Administrative service or other fees .........................................

(C)   Other specific acquisition costs ...............................................

(D)   Other expenses .......................................................................

(E)   Taxes ......................................................................................

(F)   Charges for risks or other contingencies ..................................

(G)   Other retention charges ...........................................................

(H)   Total retention .........................................................................

(2)   Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.)

**d**   Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement ...............

(2)   Claim reserves .......................................................................

(3)   Other reserves ........................................................................

**e**   Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).)

**9**   Nonexperience-rated contracts:

**a**   Total premiums or subscription charges paid to carrier ...........................................

**b**   If the carrier, service, or other organization incurred any specific costs in connection with the acquisition

or retention of the contract or policy, other than reported in Part I, item 2 above, report amount ...............

Specify nature of costs▶





0 6 0 5 5 7 0 4 0 R

**SCHEDULE C
(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

## Service Provider Information

This schedule is required to be filed under section 104 of the
Employee Retirement Income Security Act of 1974.

▶ **File as an attachment to Form 5500.**

Official Use Only

OMB No. 1210-0110

**2005**

**This Form is Open to
Public Inspection.**

| For calendar plan year 2005 or fiscal plan year beginning | 09/01/2005 | and ending | 08/31/2006 |
|---|---|---|---|

**A** Name of plan
DISTRICT 6 HEALTH PLAN

**B** Three-digit plan number ▶ **501**

**C** Plan sponsor's name as shown on line 2a of Form 5500
BOARD OF TRUSTEES

**D** Employer Identification Number
13-3449870

### Part I    Service Provider Information (see instructions)

**1** Enter the total dollar amount of compensation paid by the plan to all persons, other than those listed below, who received compensation during the plan year: ........................................ | **1** | **7,613**

**2** On the first item below list the contract administrator, if any, as defined in the instructions. On the other items, list service providers in descending order of the compensation they received for the services rendered during the plan year. List only the top 40. 103-12 IEs should enter N/A in (c) and (d).

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| ALICARE | 13-3432221 | Contract Administrator |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| THIRD PARTY ADMINISTRATOR | | 10,237 | 12 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| KENNEDY, JENNIK & MURRAY PC | 25-1919594 | INDEPENDENT FIDUCIARY |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| INDEPENDENT FIDUCIARY | 0 | 65,191 | 22 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v8.2    Schedule C (Form 5500) 2005





1 0 0 5 5 7 0 1 0 J

Schedule C (Form 5500) 2005

Page **2**

Official Use Only

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position | |
|---|---|---|---|
| EPSTEIN, BECKER & GREEN, PC | 43-1995226 | ATTORNEY | |
| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
| ATTORNEY | 0 | 35,259 | 22 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position | |
|---|---|---|---|
| MICHAEL WOLF | 13-3449870 | INDEPENDENT FIDUCIARY | |
| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
| INDEPENDENT FIDUCIARY | 0 | 29,244 | 22 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position | |
|---|---|---|---|
| BUCHBINDER TUNICK & CO., LLP | 13-1578842 | ACCOUNTANT | |
| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
| ACCOUNTANT | 0 | 28,996 | 10 |





1005570 20K

52  01-09-06

Schedule C (Form 5500) 2005

Page **2**

Official Use Only

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| BARNES, IACCARINO, VIRGINIA | 43-1995226 | ATTORNEYS |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| ATTORNEYS | 0 | 23,993 | 22 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| CHARLES SMITH | 13-3449870 | ATTORNEY |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| ATTORNEY | 10,920 | 0 | 22 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| B.A. JONES & CO., INC | 22-2296005 | ACTUARY |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| ACTUARY | 0 | 5,000 | 99 |

2  01-09-06





1 0 0 5 5 7 0 2 0 K

Schedule C (Form 5500) 2005                                   Page **3**

Official Use Only

| Part II | Termination Information on Accountants and Enrolled Actuaries (see instructions) |

**(a)** Name _____ **(b)** EIN _____

**(c)** Position _____

**(d)** Address _____

**(e)** Telephone No. _____

Explanation: _____
_____
_____
_____

**(a)** Name _____ **(b)** EIN _____

**(c)** Position _____

**(d)** Address _____

**(e)** Telephone No. _____

Explanation: _____
_____
_____
_____

**(a)** Name _____ **(b)** EIN _____

**(c)** Position _____

**(d)** Address _____

**(e)** Telephone No. _____

Explanation: _____
_____
_____
_____





1 0 0 5 5 7 0 3 0 L

**SCHEDULE H**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Financial Information

This schedule is required to be filed under Section 104 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

▶ **File as an attachment to Form 5500.**

Official Use Only

OMB No. 1210-0110

**2005**

**This Form is Open to Public Inspection.**

For calendar year 2005 or fiscal plan year beginning **09/01/2005** and ending **08/31/2006**

| | |
|---|---|
| **A** Name of plan<br>DISTRICT 6 HEALTH PLAN | **B** Three-digit plan number ▶ **501** |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BOARD OF TRUSTEES | **D** Employer Identification Number<br>**13-3449870** |

## Part I   Asset and Liability Statement

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. Round off amounts to the nearest dollar. MTIAs CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

### Assets

| | | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| **a** | Total noninterest-bearing cash | a | | 88,278 |
| **b** | Receivables (less allowance for doubtful accounts): | | | |
| (1) | Employer contributions | b(1) | 128,361 | 94,479 |
| (2) | Participant contributions | b(2) | | |
| (3) | Other | b(3) | | 7,613 |
| **c** | General investments: | | | |
| (1) | Interest-bearing cash (incl. money market accounts & certificates of deposit) | c(1) | 793,781 | 72,217 |
| (2) | U.S. Government securities | c(2) | | 818,320 |
| (3) | Corporate debt instruments (other than employer securities): | | | |
| (A) | Preferred | c(3)(A) | | |
| (B) | All other | c(3)(B) | | |
| (4) | Corporate stocks (other than employer securities): | | | |
| (A) | Preferred | c(4)(A) | | |
| (B) | Common | c(4)(B) | | |
| (5) | Partnership/joint venture interests | c(5) | | |
| (6) | Real estate (other than employer real property) | c(6) | | |
| (7) | Loans (other than to participants) | c(7) | | |
| (8) | Participant loans | c(8) | | |
| (9) | Value of interest in common/collective trusts | c(9) | | |
| (10) | Value of interest in pooled separate accounts | c(10) | | |
| (11) | Value of interest in master trust investment accounts | c(11) | | |
| (12) | Value of interest in 103-12 investment entities | c(12) | | |
| (13) | Value of interest in registered investment companies (e.g., mutual funds) | c(13) | | 163,166 |
| (14) | Value of funds held in insurance co. general account (unallocated contracts) | c(14) | | |
| (15) | Other | c(15) | | |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.   v8.2   Schedule H (Form 5500) 2005





180557010R

01-09-05

Schedule H (Form 5500) 2005    Page **2**

Official Use Only

| 1d | Employer-related investments: | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| | **(1)** Employer securities | d(1) | | |
| | **(2)** Employer real property | d(2) | | |
| e | Buildings and other property used in plan operation | e | 547 | 0 |
| f | Total assets (add all amounts in lines 1a through 1e) | f | 922,689 | 1,244,073 |

### Liabilities

| | | | | |
|---|---|---|---|---|
| g | Benefit claims payable | g | 58,924 | 172,870 |
| h | Operating payables | h | | 13,933 |
| i | Acquisition indebtedness | i | | |
| j | Other liabilities | j | | |
| k | Total liabilities (add all amounts in lines 1g through 1j) | k | 58,924 | 186,803 |

### Net Assets

| | | | | |
|---|---|---|---|---|
| l | Net assets (subtract line 1k from line 1f) | l | 863,765 | 1,057,270 |

## Part II    Income and Expense Statement

**2**    Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

### Income

| | | | (a) Amount | (b) Total |
|---|---|---|---|---|
| a | **Contributions:** | | | |
| | **(1)** Received or receivable in cash from: **(A)** Employers | a(1)(A) | 1,254,916 | |
| | **(B)** Participants | a(1)(B) | | |
| | **(C)** Others (including rollovers) | a(1)(C) | | |
| | **(2)** Noncash contributions | a(2) | | |
| | **(3)** Total contributions. Add lines 2a(1)(A), (B), (C), and line 2a(2) | a(3) | | 1,254,916 |
| b | **Earnings on investments:** | | | |
| | **(1)** Interest: | | | |
| | **(A)** Interest-bearing cash (including money market accounts and certificates of deposit) | b(1)(A) | 1,015 | |
| | **(B)** U.S. Government securities | b(1)(B) | 16,091 | |
| | **(C)** Corporate debt instruments | b(1)(C) | | |
| | **(D)** Loans (other than to participants) | b(1)(D) | | |
| | **(E)** Participant loans | b(1)(E) | | |
| | **(F)** Other | b(1)(F) | 2,680 | |
| | **(G)** Total interest. Add lines 2b(1)(A) through **(F)** | b(1)(G) | | 19,786 |
| | **(2)** Dividends: **(A)** Preferred stock | b(2)(A) | | |
| | **(B)** Common stock | b(2)(B) | | |
| | **(C)** Total dividends. Add lines 2b(2)(A) and **(B)** | b(2)(C) | | |
| | **(3)** Rents | b(3) | | |
| | **(4)** Net gain (loss) on sale of assets: **(A)** Aggregate proceeds | b(4)(A) | 19,864 | |
| | **(B)** Aggregate carrying amount (see instructions) | b(4)(B) | 21,341 | |
| | **(C)** Subtract line 2b(4)(B) from line 2b(4)(A) and enter result | b(4)(C) | | <1,477> |





1 8 0 5 5 7 0 2 0 S

2 01-09-96

Schedule H (Form 5500) 2005                                        Page **3**

| | | | (a) Amount | (b) Total |
|---|---|---|---:|---:|
| **2b** | **(5)** | Unrealized appreciation (depreciation) of assets: **(A)** Real estate | b(5)(A) | 0 | |
| | | **(B)** Other | b(5)(B) | <1,606> | |
| | | **(C)** Total unrealized appreciation of assets. Add lines 2b(5)(A) and (B) | b(5)(C) | | <1,606> |
| | **(6)** | Net investment gain (loss) from common/collective trusts | b(6) | | |
| | **(7)** | Net investment gain (loss) from pooled separate accounts | b(7) | | |
| | **(8)** | Net investment gain (loss) from master trust investment accounts | b(8) | | |
| | **(9)** | Net investment gain (loss) from 103-12 investment entities | b(9) | | |
| | **(10)** | Net investment gain (loss) from registered investment companies (e.g., mutual funds) | b(10) | | |
| **c** | | Other income | c | | 105,332 |
| **d** | | Total income. Add all **income** amounts in column (b) and enter total | d | | 1,376,951 |

**Expenses**

| | | | | (a) Amount | (b) Total |
|---|---|---|---|---:|---:|
| **e** | | Benefit payment and payments to provide benefits: | | | |
| | **(1)** | Directly to participants or beneficiaries, including direct rollovers | e(1) | | |
| | **(2)** | To insurance carriers for the provision of benefits | e(2) | 871,832 | |
| | **(3)** | Other | e(3) | 75,082 | |
| | **(4)** | Total benefit payments. Add lines 2e(1) through (3) | e(4) | | 946,914 |
| **f** | | Corrective distributions (see instructions) | f | | |
| **g** | | Certain deemed distributions of participant loans (see instructions) | g | | |
| **h** | | Interest expense | h | | |
| **i** | | Administrative expenses: **(1)** Professional fees | i(1) | 206,017 | |
| | **(2)** | Contract administrator fees | i(2) | 10,237 | |
| | **(3)** | Investment advisory and management fees | i(3) | 2,883 | |
| | **(4)** | Other | i(4) | 17,395 | |
| | **(5)** | Total administrative expenses. Add lines 2i(1) through (4) | i(5) | | 236,532 |
| **j** | | Total expenses. Add all **expense** amounts in column (b) and enter total | j | | 1,183,446 |

**Net Income and Reconciliation**

| | | | | (b) Total |
|---|---|---|---|---:|
| **k** | | Net income (loss) (subtract line 2j from line 2d) | k | 193,505 |
| **l** | | Transfers of assets | | |
| | **(1)** | To this plan | l(1) | |
| | **(2)** | From this plan | l(2) | |



| **Part III** | **Accountant's Opinion** |
|---|---|

**3**    Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500.

Complete line 3d if an opinion is not attached.

**a**   The attached opinion of an independent qualified public accountant for this plan is (see instructions):

     **(1)** ☐ Unqualified    **(2)** ☐ Qualified    **(3)** ☒ Disclaimer    **(4)** ☐ Adverse

**b**   Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?   ☐ Yes   ☒ No

**c**   Enter the name and EIN of the accountant (or accounting firm) ▶

     ARMAO, COSTA & RICCIARDI CPAS, P.C.      11-3264776

**d**   The opinion of an independent qualified public accountant is **not attached** because:

     **(1)** ☐ this form is filed for a CCT, PSA or MTIA.    **(2)** ☐ it will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.



1 8 0 5 5 7 0 3 0 T

Schedule H (Form 5500) 2005

Page **4**

Official Use Only

## Part IV   Transactions During Plan Year

**4**   CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete 4a, 4e, 4f, 4g, 4h, 4k, or 5.
103-12 IEs also do not complete 4j.

During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| **a** | Did the employer fail to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? (See instructions and DOL's Voluntary Fiduciary Correction Program.) **a** | | X | |
| **b** | Were any loans by the plan or fixed income obligations due the plan in default as of the close of plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked) **b** | | X | |
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked) ............................. **c** | | X | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked on line 4d.) **d** | | X | |
| **e** | Was this plan covered by a fidelity bond? ......................................................... **e** | X | | 1,000,000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ............................................................. **f** | | X | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? ......................... **g** | | X | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? ..................... **h** | | X | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements) **i** | X | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked and see instructions for format requirements) **j** | X | | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ........................................ **k** | | X | |

**5 a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year? If yes, enter the amount of any plan assets that
reverted to the employer this year .................................................... ☐ Yes ☒ No   Amount

**5 b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities
were transferred. (See instructions.)

**5b(1)** Name of plan(s)                              **5b(2)** EIN(s)                    **5b(3)** PN(s)





1 8 0 5 5 7 0 4 0 U

01-09-06

**SCHEDULE P**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

# Annual Return of Fiduciary of Employee Benefit Trust

This schedule may be filed to satisfy the requirements under section 6033(a) for an annual information return from every section 401(a) organization exempt from tax under section 501(a).

Filing this form will start the running of the statute of limitations under section 6501(a) for any trust described in section 401(a) that is exempt from tax under section 501(a).

▶ File as an attachment to Form 5500 or 5500-EZ.

Official Use Only

OMB No. 1210-0110

**2005**

This Form is Open to Public Inspection.

---

For trust calendar year 2005 or fiscal year beginning **09/01/2005** and ending **08/31/2006**

**1a** Name of trustee or custodian

**BOARD OF TRUSTEES**

**b** Number, street, and room or suite no. (If a P.O. box, see the instructions for Form 5500 or 5500-EZ.)

**730 BROADWAY**

**c** City or town, state, and ZIP code

**NEW YORK        NY  10003**

**2a** Name of trust
**DISTRICT 6 HEALTH PLAN 730 BROADWAY**

**b** Trust's employer identification number  **13-3449870**

**3** Name of plan if different from name of trust

---

**4** Have you furnished the participating employee benefit plan(s) with the trust financial information required to be reported by the plan(s)? .................................................... ☒ Yes   ☐ No

**5** Enter the plan sponsor's employer identification number as shown on Form 5500 or 5500-EZ ........................................................ ▶  **13-3449870**

Under penalties of perjury, I declare that I have examined this schedule, and to the best of my knowledge and belief it is true, correct, and complete.

| SIGN HERE | Signature of fiduciary ▶ *Larry Magarik, Independent Fiduciary* | Date ▶ 10/12/07 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500 or 5500-EZ.

v8.2

Schedule P (Form 5500) 2005





2605570100Q

BOARD OF TRUSTEES DISTRICT 6 HEALTH PLAN                    13-3449870

| CHEDULE H<br>E 2I(4) | OTHER ADMINISTRATIVE EXPENSES<br>DISTRICT 6 HEALTH PLAN | STATEMENT    1<br>PLAN NUMBER 501 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OFFICE EXPENSE | 984. |
| INSURANCE | 15,864. |
| DEPRECIATION EXPENSE | 547. |
| OTHER ADMINISTRATIVE EXPENSES TO SCHEDULE H, LINE 2I(4) | 17,395. |

DISTRICT 6 HEALTH PLAN
SUPPLEMENTARY INFORMATION
EIN 13-3449870
PLAN NUMBER 501
FORM 5500, SCHEDULE H, ITEM 4i
SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES
AUGUST 31, 2006

| (a) | (b) Identity of issue, borrower, lessor, or similar party | (c) Description of investment including maturity date, rate of interest, collateral, par or maturity value | | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|
| | **Closed End Funds** | | | | |
| | DIAMONDS TRUST SER 1 | Equity portfolio | 200shrs | $ 23,197 | $ 22,762 |
| | ISHARES RUSSELL 2000 INDEX FD | Equity portfolio | 125shrs | 9,605 | 8,971 |
| | STANDARD & POORS MIDCAP 400 | Equity portfolio | 125 shrs | 18,624 | 17,123 |
| | UTS SPDR TRUST SER 1 | Equity portfolio | 875 shrs | 115,814 | 114,310 |
| | | | | 167,240 | 163,166 |
| | **Government Securities** | | | | |
| | US TREASURY NOTE | 12/31/07 | 4.375% | $ 24,825 | $ 24,825 |
| | US TREASURY NOTE | 04/30/08 | 4.875% | 25,011 | 25,011 |
| | US TREASURY NOTE | 08/15/08 | 4.125% | 24,587 | 24,726 |
| | US TREASURY NOTE | 11/15/08 | 4.750% | 9,923 | 9,999 |
| | US TREASURY NOTE | 11/15/08 | 4.375% | 24,653 | 24,798 |
| | US TREASURY NOTE | 02/15/09 | 4.500% | 24,857 | 24,857 |
| | US TREASURY NOTE | 06/15/09 | 4.000% | 44,177 | 44,177 |
| | US TREASURY NOTE | 03/15/10 | 4.000% | 43,982 | 43,982 |
| | US TREASURY NOTE | 04/15/10 | 4.000% | 24,423 | 24,423 |
| | US TREASURY NOTE | 08/15/10 | 4.125% | 24,193 | 34,286 |
| | US TREASURY NOTE | 12/15/10 | 4.375% | 24,686 | 24,686 |
| | US TREASURY NOTE | 04/30/11 | 4.875% | 50,346 | 50,346 |
| | US TREASURY NOTE | 08/15/11 | 5.000% | 25,386 | 25,386 |
| | US TREASURY NOTE | 02/15/12 | 4.875% | 34,152 | 35,314 |
| | US TREASURY NOTE | 08/15/12 | 4.375% | 34,422 | 34,422 |
| | US TREASURY NOTE | 02/15/14 | 4.000% | 23,854 | 23,854 |
| | US TREASURY NOTE | 08/15/14 | 4.250% | 24,202 | 24,202 |
| | US TREASURY NOTE | 08/15/15 | 4.250% | 24,113 | 24,113 |
| | US TREASURY NOTE | 02/15/16 | 4.500% | 9,814 | 9,814 |
| | US TREASURY NOTE | 04/30/08 | 4.875% | 14,981 | 15,006 |
| | US TREASURY NOTE | 11/15/08 | 4.375% | 14,809 | 14,879 |
| | US TREASURY NOTE | 06/15/09 | 4.000% | 9,817 | 9,817 |
| | US TREASURY NOTE | 04/15/10 | 4.000% | 135,334 | 135,334 |
| | US TREASURY NOTE | 08/15/10 | 4.125% | 14,694 | 14,694 |
| | US TREASURY NOTE | 11/15/10 | 4.500% | 14,890 | 14,890 |
| | US TREASURY NOTE | 04/30/11 | 4.875% | 5,035 | 5,035 |
| | US TREASURY NOTE | 08/15/12 | 4.375% | 24,587 | 24,587 |
| | US TREASURY NOTE | 08/15/15 | 4.250% | 18,814 | 19,291 |
| | US TREASURY NOTE | 11/15/15 | 4.500% | 4,909 | 4,909 |
| | US TREASURY NOTE | 02/15/16 | 4.500% | 4,907 | 4,907 |
| | US TREASURY NOTE | 05/15/16 | 5.125% | 10,284 | 10,284 |
| | US TREASURY NOTE | 08/15/23 | 6.250% | 11,466 | 11,466 |
| | | | | 806,133 | 818,320 |
| | **Money Market Securities** | Bank deposit program | | 72,217 | 72,217 |
| | | | | $ 1,045,590 | $ 1,053,703 |

DISTRICT 6 HEALTH PLAN
SUPPLEMENTARY INFORMATION
EIN 13-3449870
PLAN NUMBER 501
FORM 5500, SCHEDULE H, ITEM 4j
SCHEDULE OF REPORTABLE TRANSACTIONS
FOR THE YEAR ENDED AUGUST 31, 2006

| (a) Identity of party involved | (b) Description of asset (include interest rate and maturity in case of a loan) | (c) Purchase price | (d) Selling price | (e) Lease rental | (f) Expense incurred with transaction | (g) Cost of asset | (h) Current value of asset on transaction date | (i) Net gain or (loss) |
|---|---|---|---|---|---|---|---|---|
| | Citibank Deposit Program | $ 797,927 | $ 790,956 | $ 0 | $ 0 | $ 797,927 | $ 790,956 | $ (6,971) |
| | UTS Spdr Trust Series 1 950 shares | 125,664 | 0 | 0 | 0 | 125,664 | 125,664 | 0 |
| | US Treasury Notes 50,000 4.875% notes maturity date: 4/30/2011 | 49,929 | 0 | 0 | 0 | 49,929 | 49,929 | 0 |
| | Citibank Deposit Program | 374,030 | 308,784 | 0 | 0 | 374,030 | 308,784 | (65,246) |
| | US Treasury Notes 150,000 4.0% notes maturity date: 4/15/2010 | 146,690 | 0 | 0 | 0 | 146,690 | 146,690 | 0 |
| | | $ 1,494,240 | $ 1,099,740 | $ 0 | $ 0 | $ 1,494,240 | $ 1,422,023 | $ (72,217) |

DISTRICT 6 HEALTH PLAN

FINANCIAL STATEMENTS

AUGUST 31, 2006 AND 2005

# ARMAO, COSTA & RICCIARDI

CERTIFIED PUBLIC ACCOUNTANTS, P.C.

76 SOUTH CENTRAL AVE. SUITE 1D
VALLEY STREAM, NEW YORK 11580
T. 516.256.3200 F. 516.256.4620
acrcpa.com

SALVATORE J. ARMAO, CPA/PFS, CFP
MICHAEL J. COSTA, CPA
LISA M. RICCIARDI, CPA

### INDEPENDENT AUDITORS' REPORT

To The Board of Trustees
District 6 Health Plan
New York, New York

We were engaged to audit the accompanying statements of net assets available for benefits of District 6 Health Plan as of August 31, 2006 and 2005, and the related statements of changes in net assets available for benefits for the years then ended. These financial statements are the responsibility of the Plan's management.

Adequate records have not been maintained and supporting data were not available for our audit. Additionally we were unable to obtain written representations from management in 2005. Therefore, we were not able to satisfy ourselves about the completeness of the net assets available for benefits at August 31, 2006 and 2005.

Because of the significance of the matters discussed in the preceding paragraph, the scope of our work was not sufficient to enable us to express, and we do not express, an opinion on the financial statements referred to in the first paragraph.

*Armao, Costa & Ricciardi*

ARMAO, COSTA & RICCIARDI, CPAs, P.C.

Valley Stream, New York
August 27, 2007

MEMBERS OF:
AICPA DIVISION FOR CPA FIRMS
NYS SOCIETY OF CPA'S

NEW YORK OFFICE:
410 PARK AVENUE, 15TH FLOOR
NEW YORK, NY 10022

GREENWICH OFFICE:
591 WEST PUTNAM AVENUE
GREENWICH, CT 06880

-1-

DISTRICT 6 HEALTH PLAN
STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS
AUGUST 31, 2006 AND 2005

<u>ASSETS</u>

|  | 2006 | 2005 |
|---|---|---|
| INVESTMENTS, AT FAIR VALUE: | | |
| U.S. Government Securities | $ 818,320 | $ 0 |
| Mutual funds | 163,166 | 0 |
|  | 981,486 | 0 |
| RECEIVABLES: | | |
| Employers' contributions | 94,479 | 128,361 |
| Accrued interest | 7,614 | 0 |
|  | 102,093 | 128,361 |
| CASH AND CASH EQUIVALENTS | 160,495 | 793,781 |
| OTHER ASSETS: | | |
| Property and equipment, net | 0 | 547 |
| Total Assets | 1,244,074 | 922,689 |
| ACCRUED EXPENSE | 13,933 | 0 |
| NET ASSETS AVAILABLE FOR BENEFITS | $ 1,230,141 | $ 922,689 |

See accompanying notes to financial statements.
-2-

DISTRICT 6 HEALTH PLAN
STATEMENTS OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS
FOR THE YEARS ENDED AUGUST 31, 2006 AND 2005

|  | 2006 | 2005 |
|---|---|---|
| **ADDITIONS TO PLAN ASSETS ATTRIBUTED TO:** | | |
| Investment Income: | | |
| Net depreciation in fair value of investments | $ (3,084) | $ 0 |
| Interest | 19,787 | 0 |
| Other income | 105,332 | 199 |
| Contributions: | | |
| Participating employers | 1,254,916 | 1,209,955 |
| Total Additions | 1,376,951 | 1,210,154 |
| **DEDUCTIONS FROM PLAN ASSETS ATTRIBUTED TO:** | | |
| Benefits paid to participants | 832,968 | 987,679 |
| Administrative expenses | 236,531 | 242,136 |
| Total Deductions | 1,069,499 | 1,229,815 |
| NET INCREASE (DECREASE) | 307,452 | (19,661) |
| **NET ASSETS AVAILABLE FOR BENEFITS:** | | |
| Beginning of Year, as restated | 922,689 | 942,350 |
| End of Year | $ 1,230,141 | $ 922,689 |

See accompanying notes to financial statements.

-3-

DISTRICT 6 HEALTH PLAN
STATEMENTS OF PLAN'S BENEFIT OBLIGATIONS
AUGUST 31, 2006 AND 2005

| AMOUNTS CURRENTLY PAYABLE TO OR FOR PARTICIPANTS, BENEFICIARIES AND DEPENDENTS: | 2006 | 2005 |
|---|---|---|
| Health claims payable | $    172,870 | $    58,924 |
| Total benefit obligations | $    172,870 | $    58,924 |

See accompanying notes to financial statements.

-4-

DISTRICT 6 HEALTH PLAN
STATEMENTS OF CHANGES IN PLAN'S BENEFIT OBLIGATIONS
FOR THE YEARS ENDED AUGUST 31, 2006 AND 2005

| AMOUNTS CURRENTLY PAYABLE TO OR FOR PARTICIPANTS, BENEFICIARIES AND DEPENDENTS: | | 2006 | | 2005 |
|---|---|---|---|---|
| Balance at beginning of year | $ | 58,924 | $ | 10,557 |
| Claims reported and approved for payment | | 946,914 | | 1,036,046 |
| Claims paid | | (832,968) | | (987,679) |
| Balance at end of year | $ | 172,870 | $ | 58,924 |

See accompanying notes to financial statements.
-5-

DISTRICT 6 HEALTH PLAN
NOTES TO FINANCIAL STATEMENTS

Note 1 -  Description of Plan

The following brief description of District 6 Health Plan ("The Plan") provides only general information. Participants should refer to The Plan agreement for more complete information.

General

The Plan is a multiemployer welfare benefit Plan, established under the provisions of an Agreement and Declaration of Trust between District 6 Health Plan, and the various employers having collective bargaining agreements with the District 6 International Union of Industrial Service, Transport and Health Employees (IUISTHE) ("The Union"). The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA").

Benefits

The Fund provides hospital, medical, dental, vision and prescription drug benefits for eligible participants and their covered dependents. The Plan also provides a continuation of health benefits coverage under the Consolidated Omnibus Budget and Reconciliation Act (COBRA) to participants and dependents upon loss of eligibility under The Plan.

Contributions

Contribution rates have been established under collective bargaining agreements entered into between The Union and the various participating employers.

Note 2 -  Summary of Significant Accounting Policies

The following are the significant accounting policies followed by The Plan:

Change in Accounting

The Plan has adopted the provisions of the American Institute of Certified Public Accountants (AICPA), Statement of Position (SOP), 92-6 "Accounting and Reporting by Health and Welfare Benefit Plans" as amended by SOP 01-2. The SOP establishes accounting standards for the presentation of benefit obligations in the financial statements of health and welfare benefit plans.

Basis of Accounting

The accompanying financial statements have been prepared on the accrual basis of accounting.

Use of Estimates

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, benefit obligations, and changes therein, IBNR, eligibility credits, claims payable, and disclosure of contingent assets and liabilities. Actual results could differ from those estimates.

-6-

DISTRICT 6 HEALTH PLAN
NOTES TO FINANCIAL STATEMENTS

Note 2 -  Summary of Significant Accounting Policies (cont'd.)

Concentration of Credit Risk

All of The Plan's cash is held in one financial institution.  Cash accounts at banks are insured by the
Federal Deposit Insurance Corporation (FDIC) up to $100,000.  Amounts in excess of insured limits were
approximately $0 and $694,000 at August 31, 2006 and 2005, respectively.

Property and Equipment

Property and equipment is stated at cost. The costs of additions and betterments are capitalized and
expenditures for repairs and maintenance are expensed when incurred.  When items of property and
equipment are sold or retired, the related costs and accumulated depreciation are removed from the
accounts and any gain or loss is included in additions to or deductions from net assets.

Depreciation of property and equipment is provided utilizing the straight-line method over the estimated
useful lives of the respective assets as follows:

Computer equipment                                                            5 years

Note 3 -  Property and Equipment

Property and equipment is summarized as follows:

|  | 2006 | 2005 |
|---|---|---|
| Computer equipment | $     5,473 | $     5,473 |
| Less: Accumulated depreciation | 5,473 | 4,926 |
|  | $          0 | $        547 |

Depreciation expense related to property and equipment amounted to $547 and $64 for the years ended
August 31, 2006 and 2005, respectively.

Note 4 -  Tax Status

The trust established under The Plan to hold The Plan's assets is qualified pursuant to Section 501(c)9 of
the Internal Revenue Code as a tax exempt organization.

DISTRICT 6 HEALTH PLAN
NOTES TO FINANCIAL STATEMENTS

Note 5 -    Reconciliation of Financial Statements to Form 5500

The following is a reconciliation of net assets available for benefits per the financial statements to the Form 5500:

| | | |
|---|---|---|
| Net assets available for benefits per the financial statements | $ | 1,230,141 |
| Benefit obligations currently payable | | (172,870) |
| Net assets available for benefits per the Form 5500 | $ | 1,057,271 |

The following is a reconciliation of benefits paid on behalf of participants per the financial statements to the Form 5500:

| | | |
|---|---|---|
| Benefits paid per the financial statements | $ | 832,968 |
| Add: amounts currently payable at end of year | | 172,870 |
| Less: amounts currently payable at beginning of year | | (58,924) |
| Benefits paid on behalf of participants per the Form 5500 | $ | 946,914 |

Amounts currently payable on behalf of participants, dependents and beneficiaries are recorded on Form 5500 for benefit claims that have been processed and approved for payment prior to August 31, but not yet paid as of that date.

Note 6 -    Related Party Transactions

The Plan reimbursed The Union for certain administrative expenses, salaries, benefits and payroll taxes. During the years ended August 31, 2006 and 2005, The Plan reimbursed The Union amounts totaling $0 and $51,000, respectively.

-8-

DISTRICT 6 HEALTH PLAN
NOTES TO FINANCIAL STATEMENTS

Note 7 -   Restatement of Net Assets

Based upon information developed as a result of the inquiry into the accounting for certain accounts, management has determined that restatement of the August 31, 2005 financial statements is appropriate to correct accounting for retirement plan transactions in the prior year as follows:

| | As Previously Stated | As Restated | (Over) Understatement of Net Assets |
|---|---|---|---|
| Cash | $   863,210 | $   793,781 | $        (69,429) |
| Net adjustment from restatement | | | (69,429) |
| Net assets at August 31, 2005, as previously stated | | | 992,118 |
| Net assets at August 31, 2005, as restated | | | $        922,689 |

The effect on changes in net assets for the year ended August 31, 2006 was to decrease net assets by $69,429. The effect on years prior to the year ended August 31, 2006 is undetermined.

<u>SUPPLEMENTARY INFORMATION</u>

# ARMAO, COSTA *&* RICCIARDI
### CERTIFIED PUBLIC ACCOUNTANTS, P.C.

76 SOUTH CENTRAL AVE, SUITE 1D
VALLEY STREAM, NEW YORK 11580
T. 516.256.3200 F. 516.256.4620
acrcpa.com

SALVATORE J. ARMAO, CPA/PFS, CFP
MICHAEL J. COSTA, CPA
LISA M. RICCIARDI, CPA

### INDEPENDENT AUDITORS' REPORT ON SUPPLEMENTARY INFORMATION

To The Board of Trustees
District 6 Health Plan
New York, New York

Our audits were performed for the purpose of forming an opinion on the basic financial statements taken as a whole. The supplemental schedules on pages 14 and 15 are presented for the purpose of additional analysis and are not a required part of the basic financial statements. The supplemental schedules on pages 11 through 13 are presented for additional analysis and are not a required part of the basic financial statements, but are required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974. These supplemental schedules are the responsibility of The Plan's management. The scope of our work was not sufficient to enable us to express an opinion on the audits of the basic financial statements, and accordingly, we express no opinion on the supplemental schedules.

*Armao, Costa & Ricciardi*

ARMAO, COSTA *&* RICCIARDI, CPAs, P.C.

Valley Stream, New York
August 27, 2007

MEMBERS OF:
AICPA DIVISION FOR CPA FIRMS
NYS SOCIETY OF CPA'S

NEW YORK OFFICE:
410 PARK AVENUE, 15TH FLOOR
NEW YORK, NY 10022

GREENWICH OFFICE:
591 WEST PUTNAM AVENUE
GREENWICH, CT 06830

-10-



DISTRICT 6 HEALTH PLAN
SUPPLEMENTARY INFORMATION
EIN 13-3449870
PLAN NUMBER 501
FORM 5500, SCHEDULE H, ITEM 4i
SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES
AUGUST 31, 2006

| (a) | (b) Identity of issue, borrower, lessor, or similar party | (c) Description of investment including maturity date, rate of interest, collateral, par or maturity value | | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|
| | **Closed End Funds** | | | | |
| | DIAMONDS TRUST SER 1 | Equity portfolio | 200shrs | $ 23,197 | $ 22,762 |
| | ISHARES RUSSELL 2000 INDEX FD | Equity portfolio | 125shrs | 9,605 | 8,971 |
| | STANDARD & POORS MIDCAP 400 | Equity portfolio | 125 shrs | 18,624 | 17,123 |
| | UTS SPDR TRUST SER 1 | Equity portfolio | 875 shrs | 115,814 | 114,310 |
| | | | | 167,240 | 163,166 |
| | **Government Securities** | | | | |
| | US TREASURY NOTE | 12/31/07 | 4.375% | $ 24,825 | $ 24,825 |
| | US TREASURY NOTE | 04/30/08 | 4.875% | 25,011 | 25,011 |
| | US TREASURY NOTE | 08/15/08 | 4.125% | 24,587 | 24,726 |
| | US TREASURY NOTE | 11/15/08 | 4.750% | 9,923 | 9,999 |
| | US TREASURY NOTE | 11/15/08 | 4.375% | 24,653 | 24,798 |
| | US TREASURY NOTE | 02/15/09 | 4.500% | 24,857 | 24,857 |
| | US TREASURY NOTE | 06/15/09 | 4.000% | 44,177 | 44,177 |
| | US TREASURY NOTE | 03/15/10 | 4.000% | 43,982 | 43,982 |
| | US TREASURY NOTE | 04/15/10 | 4.000% | 24,423 | 24,423 |
| | US TREASURY NOTE | 08/15/10 | 4.125% | 24,193 | 34,286 |
| | US TREASURY NOTE | 12/15/10 | 4.375% | 24,686 | 24,686 |
| | US TREASURY NOTE | 04/30/11 | 4.875% | 50,346 | 50,346 |
| | US TREASURY NOTE | 08/15/11 | 5.000% | 25,386 | 25,386 |
| | US TREASURY NOTE | 02/15/12 | 4.875% | 34,152 | 35,314 |
| | US TREASURY NOTE | 08/15/12 | 4.375% | 34,422 | 34,422 |
| | US TREASURY NOTE | 02/15/14 | 4.000% | 23,854 | 23,854 |
| | US TREASURY NOTE | 08/15/14 | 4.250% | 24,202 | 24,202 |
| | US TREASURY NOTE | 08/15/15 | 4.250% | 24,113 | 24,113 |
| | US TREASURY NOTE | 02/15/16 | 4.500% | 9,814 | 9,814 |
| | US TREASURY NOTE | 04/30/08 | 4.875% | 14,981 | 15,006 |
| | US TREASURY NOTE | 11/15/08 | 4.375% | 14,809 | 14,879 |
| | US TREASURY NOTE | 06/15/09 | 4.000% | 9,817 | 9,817 |
| | US TREASURY NOTE | 04/15/10 | 4.000% | 135,334 | 135,334 |
| | US TREASURY NOTE | 08/15/10 | 4.125% | 14,694 | 14,694 |
| | US TREASURY NOTE | 11/15/10 | 4.500% | 14,890 | 14,890 |
| | US TREASURY NOTE | 04/30/11 | 4.875% | 5,035 | 5,035 |
| | US TREASURY NOTE | 08/15/12 | 4.375% | 24,587 | 24,587 |
| | US TREASURY NOTE | 08/15/15 | 4.250% | 18,814 | 19,291 |
| | US TREASURY NOTE | 11/15/15 | 4.500% | 4,909 | 4,909 |
| | US TREASURY NOTE | 02/15/16 | 4.500% | 4,907 | 4,907 |
| | US TREASURY NOTE | 05/15/16 | 5.125% | 10,284 | 10,284 |
| | US TREASURY NOTE | 08/15/23 | 6.250% | 11,466 | 11,466 |
| | | | | 806,133 | 818,320 |
| | **Money Market Securities** | Bank deposit program | | 72,217 | 72,217 |
| | | | | $ 1,045,590 | $ 1,053,703 |

-11-

DISTRICT 6 HEALTH PLAN
SUPPLEMENTARY INFORMATION
EIN 13-3449870
PLAN NUMBER 501
FORM 5500, SCHEDULE H, ITEM 4j
SCHEDULE OF REPORTABLE TRANSACTIONS
FOR THE YEAR ENDED AUGUST 31, 2006

| (a) Identity of party involved | (b) Description of asset (include interest rate and maturity in case of a loan) | (c) Purchase price | (d) Selling price | (e) Lease rental | (f) Expense incurred with transaction | (g) Cost of asset | (h) Current value of asset on transaction date | (i) Net gain or (loss) |
|---|---|---|---|---|---|---|---|---|
| | Citibank Deposit Program | $ 797,927 | $ 790,956 | $ 0 | $ 0 | $ 797,927 | $ 790,956 | $ (6,971) |
| | UTS Spdr Trust Series 1 950 shares | 125,664 | 0 | 0 | 0 | 125,664 | 125,664 | 0 |
| | US Treasury Notes 50,000 4.875% notes maturity date: 4/30/2011 | 49,929 | 0 | 0 | 0 | 49,929 | 49,929 | 0 |
| | Citibank Deposit Program | 374,030 | 308,784 | 0 | 0 | 374,030 | 308,784 | (65,246) |
| | US Treasury Notes 150,000 4.0% notes maturity date: 4/15/2010 | 146,690 | 0 | 0 | 0 | 146,690 | 146,690 | 0 |
| | | $ 1,494,240 | $ 1,099,740 | $ 0 | $ 0 | $ 1,494,240 | $ 1,422,023 | $ (72,217) |

-12-

DISTRICT 6 HEALTH PLAN
SUPPLEMENTARY INFORMATION
SCHEDULES OF BENEFITS PAID
FOR THE YEARS ENDED AUGUST 31, 2006 AND 2005

|  | 2006 | 2005 |
|---|---|---|
| Medical | $ 832,968 | $ 984,131 |
| Optical | 0 | 619 |
| Dental | 0 | 2,929 |
|  | $ 832,968 | $ 987,679 |

-13-

DISTRICT 6 HEALTH PLAN
SUPPLEMENTARY INFORMATION
SCHEDULES OF ADMINISTRATIVE EXPENSES
FOR THE YEARS ENDED AUGUST 31, 2006 AND 2005

|  | 2006 | 2005 |
|---|---|---|
| ADMINISTRATIVE FEES | $ 10,237 | $ 0 |
| BANK CHARGES | 149 | 191 |
| DEPRECIATION EXPENSE | 547 | 64 |
| DUES AND SUBSCRIPTIONS | 600 | 575 |
| INSURANCE | 15,864 | 59,126 |
| INVESTMENT FEES | 2,883 | 0 |
| OFFICE EXPENSE | 235 | 807 |
| PROFESSIONAL FEES | 206,016 | 130,373 |
| REIMBURSEMENT OF OPERATING COSTS | 0 | 51,000 |
|  | $ 236,531 | $ 242,136 |

-14-